IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS TEXAS DALLAS FORT WORTH AND COUNCIL ON AMERICAN-ISLAMIC RELATIONS AUSTIN TEXAS,<br><br>*Plaintiff,*<br><br>v.<br><br>GOVERNOR GREG ABBOTT, IN HIS OFFICIAL CAPACITY; AND ATTORNEY GENERAL KEN PAXTON, IN HIS OFFICIAL CAPACITY,<br><br>*Defendants.* | CIVIL NO: 1:25-CV-01878-ADA |

## ORDER SETTING HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **STATUS CONFERENCE** on **Wednesday, January 7, 2026, at 4:00 PM**. The hearing will take place in Courtroom 5, on the 6th Floor, United States Courthouse, 501 West 5th Street, Austin, TX.

**SIGNED** on December 23, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE