# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| COUNCIL ON AMERICAN-ISLAMIC | § | |
| RELATIONS TEXAS DALLAS FORT WOR, | § | |
| COUNCIL ON AMERICAN-ISLAMIC | § | NO:  AU:25-CV-01878-ADA |
| RELATIONS AUSTIN TEXAS | § | |
| | § | |
| vs. | § | |
| | § | |
| GREG ABBOTT, KEN PAXTON | § | |

## O R D E R

**BE IT REMEMBERED** on  this  the  5th day of January, 2026, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Charles J. Cooper, counsel for  Greg Abbott and the Court, having reviewed the motion, enters the following order:

**IT IS ORDERED** that the Motion for Admission *Pro Hac Vice* is GRANTED, and Charles J. Cooper may appear on behalf of <u>Greg Abbott</u> in the above case.

**IT IS FURTHER ORDERED** that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to:  Clerk, U.S. District Court.

**IT IS FURTHER ORDERED** that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

**IT IS FINALLY ORDERED** that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

**IT IS SO ORDERED** this 5th day of January, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE