UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS TEXAS DALLAS FORT WOR, COUNCIL ON AMERICAN-ISLAMIC RELATIONS AUSTIN TEXAS | § § § § § | NO:  AU:25-CV-01878-ADA |
| vs. | § § § | |
| GREG ABBOTT, KEN PAXTON | § | |

**O R D ER**

  **BE IT REMEMBERED** on this the 5th day of January, 2026, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by John D. Ramer, counsel for Greg Abbott and the Court, having reviewed the motion, enters the following order:

  **IT IS ORDERED** that the Motion for Admission *Pro Hac Vice* is GRANTED, and John D. Ramer may appear on behalf of Greg Abbott in the above case.

  **IT IS FURTHER ORDERED** that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court.

  **IT IS FURTHER ORDERED** that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

  **IT IS FINALLY ORDERED** that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

  **IT IS SO ORDERED** this 5th day of January, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE