IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS TEXAS DALLAS FORT WORTH, et al., <br><br> *Plaintiffs*, <br><br> vs. <br><br> ABBOTT, et al., <br><br> *Defendants*. | CASE No.: 1:25-cv-01878-ADA |

## ORDER

Plaintiffs Council on American-Islamic Relations Texas Dallas Fort Worth ("CAIR DFW") and Council on American-Islamic Relations Austin Texas ("CAIR Austin") moved to add Council on American-Islamic Relations Texas ("CAIR Texas") as a plaintiff in the above-mentioned lawsuit. Defendants do not oppose Plaintiffs' request. Pursuant to Federal Rule of Civil Procedure 21, the Court **GRANTS** Plaintiffs' request and adds CAIR Texas as a plaintiff in this lawsuit.

**SIGNED** this 9th day of January, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE