

GOVERNOR GREG ABBOTT

November 18, 2025

FILED IN THE OFFICE OF THE
TEXAS SECRETARY OF STATE
__8:30 AM__ O'CLOCK

NOV 18 2025

*Jane Nelson*
Secretary of State

The Honorable Jane Nelson
Secretary of State
State Capitol, Room 1E.8
Austin, Texas 78701

Dear Secretary Nelson:

Pursuant to his powers as Governor of the State of Texas, Greg Abbott has issued the following:

A proclamation designating the Muslim Brotherhood and CAIR as Foreign Terrorist and Transnational Criminal Organizations under the Texas Penal and Texas Property Codes.

The original proclamation is attached to this letter of transmittal.

Respectfully submitted,

Gregory S. Davidson
Executive Clerk to the Governor

GSD:gsd

Attachment

# PROCLAMATION
### BY THE
### Governor of the State of Texas

**TO ALL TO WHOM THESE PRESENTS SHALL COME:**

WHEREAS, the Society of the Muslim Brothers, also known as Jama'at al-Ikhwan al-Muslimin, (the "Muslim Brotherhood") is a transnational Islamist organization; and

WHEREAS, Hassan al-Banna, who founded the Muslim Brotherhood almost 100 years ago, professed that "Jihad is an obligation from Allah on every Muslim and cannot be ignored nor evaded" and that Jihad means "the fighting of the unbelievers, and involves all possible efforts that are necessary to dismantle the power of the enemies of Islam including beating them, plundering their wealth, destroying their places of worship and smashing their idols"; and

WHEREAS, even in the present day, Mohammed Badie, the Eighth Supreme Guide of the Muslim Brotherhood who is currently serving a life sentence for plotting an armed insurrection in Egypt, has stated that the organization's primary goal is to establish Islam's "mastership of the world" and a total reform of all domains of life by resurrecting an Islamic state—or a Caliphate—empowered to forcibly impose Sharia law worldwide; and

WHEREAS, the Muslim Brotherhood provides support to localized branches in countries and territories throughout the world, including groups that conduct terrorism internationally; and

WHEREAS, specific branches of the Muslim Brotherhood, such as HASM and Liwa al-Thawra, have been designated by the United States Department of State as Specifically Designated Global Terrorist Entities; and

WHEREAS, activities of Muslim Brotherhood branches have similarly been limited or prohibited by the governments of Austria, Bahrain, Egypt, Jordan, Saudi Arabia, and the United Arab Emirates in light of the Muslim Brotherhood engaging in terrorism or attempting to destabilize those countries; and

WHEREAS, Hamas, which was formed in 1987 as the Palestinian branch of the Muslim Brotherhood and is designated by the United States government as a Foreign Terrorist Organization, kidnapped and murdered American citizens in its surprise assault against Israel on October 7, 2023; and

WHEREAS, the Council on American-Islamic Relations ("CAIR") is an Islamist organization that, according to the Federal Bureau of Investigations ("FBI"), was founded as a "front group" for "Hamas and its support network" in the United States; and

WHEREAS, the Program on Extremism at George Washington University, America's leading academic research center on extremism, reports that CAIR is an example of conscious efforts by "the US-based Hamas network to regenerate itself" and continue acting "under new guises" in the United States based on Hamas's "need to camouflage the identity of the new organization"; and

WHEREAS, Nihad Awad, the Executive Director of CAIR, has boasted that American Muslims are "ready to move to the next phase," and that within the next 15 years the Muslim community "will have 50,000—an army—of these people" who "will design [Islam's] image, protect the truth and the news, ... many of these people will run for public office, and they will become lawmakers" to advance Sharia law in America; and

FILED IN THE OFFICE OF THE
SECRETARY OF STATE
  9:30 AM   O'CLOCK

NOV 18 2025

*Governor Greg Abbott*  
November 18, 2025

*Proclamation*  
Page 2

WHEREAS, CAIR was named an "unindicted co-conspirator" in one of the largest successful prosecutions of terrorism financing in United States history, where internal documents plainly identified CAIR as a subsidiary of the Muslim Brotherhood and a federal court eventually found "ample evidence to establish" that CAIR was associated "with Hamas," *United States v. Holy Land Found. for Relief & Dev.*, No. 3:04-cv-240, 2009 WL 10680203, at *7–8 (N.D. Tex. July 1, 2009); and

WHEREAS, CAIR and its members have repeatedly employed, affiliated with, and supported individuals promoting terrorism-related activities, including:

- Ghassan Elashi, a founding board member of the Texas branch for CAIR and Treasurer of the Holy Land Foundation for Relief and Development, who was sentenced to a total of 65 years in prison for financing terrorism in 2009;

- Abdurahman Alamoudi, a speaker at a CAIR-sponsored anti-Israel rally in Washington, D.C., in October 2000, who proudly proclaimed himself to be a "supporter[] of Hamas" and "a supporter of Hizballah" and who was later convicted as a terrorist for funding Al Qaeda;

- Randall Todd Royer, a communications specialist and civil rights coordinator for CAIR, who was sentenced to 20 years in prison on April 9, 2004, for conspiring to aid Al Qaeda and the Taliban;

- Bassem Khafagi, a community relations director for CAIR, who pleaded guilty to federal bank and visa fraud in 2003 after funneling money to terrorist causes and publishing material advocating suicide attacks against the United States;

- Rabih Haddad, a CAIR fundraiser, who was arrested and deported for his work as Executive Director of the Global Relief Foundation, which was closed by the United States Department of Treasury in October 2002 for financing Al Qaeda;

- Muthanna al-Hanooti, a Director for CAIR in Michigan, who was convicted and sentenced to prison in 2011 for violating United States sanctions against Iraq by accepting "two million barrels of Iraqi oil" in exchange for helping Saddam Hussein's government;

- Sami Al-Arian, a convicted terrorist and Palestinian Islamic Jihad financier, whom CAIR publicly honored with its "Promoting Justice Award" in 2014 and whom it featured in a 2020 lecture in which he stressed his desire "to promote" CAIR and "support [it] financially" as "the first defense" in America; and

- Nihad Awad, CAIR's current Executive Director, who on November 24, 2023, publicly praised and supported Hamas's October 7, 2023, attack against Israel, saying he "was happy to see" the assault which involved the kidnapping and murder of American citizens; and

WHEREAS, the FBI suspended formal contacts with CAIR in 2008 and the Biden Administration "removed CAIR's name" from certain online documents in 2023 "to make clear it was distancing itself from the organization"; and

WHEREAS, I, Greg Abbott, Governor of Texas, signed House Bill 45 from the 85th Texas Legislature, Regular Session, into law on June 14, 2017, to prohibit the enforcement of foreign laws in Texas, including Sharia law; and

WHEREAS, I, Greg Abbott, Governor of Texas, signed Senate Bill 1900 from the 88th

FILED IN THE OFFICE OF THE  
SECRETARY OF STATE  
8:30AM O'CLOCK  
NOV 1 8 2025

*Governor Greg Abbott*  
November 18, 2025

*Proclamation*  
Page 3

Texas Legislature, Regular Session, into law on June 9, 2023, which strengthened the tools to combat Foreign Terrorist Organizations operating in Texas; and

WHEREAS, I, Greg Abbott, Governor of Texas, signed House Bill 4211 from the 89th Texas Legislature, Regular Session, into law on June 20, 2025, to ban residential property developments from creating exclusionary compounds, including Muslim-only compounds in the State of Texas; and

WHEREAS, I, Greg Abbott, Governor of Texas, signed Senate Bill 17 from the 89th Texas Legislature, Regular Session, into law on June 20, 2025, to prohibit foreign adversaries, including Transnational Criminal Organizations and their affiliated members, from purchasing or acquiring land in the State of Texas; and

WHEREAS, Texas Penal Code § 71.01(e) provides that a Foreign Terrorist Organization "means three or more persons operating as an organization at least partially outside the United States who engage in criminal activity and threaten the security of this state or its residents ..."; and

WHEREAS, Texas Civil Practice and Remedies Code § 125.065 authorizes suit against a Foreign Terrorist Organization to enjoin its operations and "impos[e] other reasonable requirements to prevent the ... organization from engaging in future gang activities"; and

WHEREAS, Texas Civil Practice and Remedies Code § 125.066 provides that violation of such an injunctive order is subject to pain of contempt, punishable by monetary fines and imprisonment; and

WHEREAS, Texas Civil Practice and Remedies Code § 125.064(b) further authorizes suit against "[a]ny person who habitually associates with others to engage in gang activity as a member of," or "who owns or is responsible for maintaining a place that is habitually used for engaging in gang activity" by, a Foreign Terrorist Organization, and provides that such a person may be subject to the aforementioned penalties; and

WHEREAS, Texas Property Code § 5.253 prohibits certain hostile foreign actors from purchasing or acquiring an interest in land in Texas; and

WHEREAS, Texas Property Code § 5.254(a) authorizes the Governor to "designate ... a transnational criminal organization or other entity" as subject to § 5.253's prohibition on foreign nationals or foreign controlled entities purchasing or acquiring an interest in land in Texas; and

WHEREAS, Texas Property Code § 5.251(7) provides that Transnational Criminal Organization means "two or more persons: (A) who are citizens of or domiciled in a designated country; (B) with an identifiable leadership who operate internationally; and (C) who continuously or regularly associate to engage in corruption, violence, or the commission of other criminal activities"; and

WHEREAS, Texas Property Code § 5.253(2)(D) provides that a prohibited entity includes "a company or organization that is ... designated by the governor"; and

WHEREAS, Texas Property Code § 5.257 requires divestiture of real property purchased or acquired in violation of § 5.253; and

WHEREAS, Texas Property Code § 5.258 and § 5.259 authorize the imposition of criminal and civil penalties for purchasing or acquiring an interest in real property in

FILED IN THE OFFICE OF THE  
SECRETARY OF STATE  
___8:30 AM___ O'CLOCK  
NOV 18 2025

*Governor Greg Abbott*  
November 18, 2025

*Proclamation*  
Page 4

violation of § 5.253; and

WHEREAS, the Governor has consulted with the Director of the Texas Department of Public Safety and the Homeland Security Council as directed by Texas Property Code § 5.254;

NOW, THEREFORE, I, GREG ABBOTT, Governor of Texas, under the authority vested in me by the Constitution and Statutes of the State of Texas, do hereby:

(1) Designate both the Muslim Brotherhood and its successor organization CAIR as Foreign Terrorist Organizations under Texas Penal Code § 71.01(e), and thereby subject those organizations, and any persons promoting or aiding their criminal activities, to the heightened penalties authorized by Chapter 125 of the Texas Civil Practice and Remedies Code; and

(2) Designate both the Muslim Brotherhood and its successor organization CAIR as Transnational Criminal Organizations and proscribed entities under Texas Property Code § 5.254(a)(2)(A), and thereby subject those organizations, and their affiliates and members, to Chapter 5 of the Texas Property Code, which prohibits them from purchasing or acquiring land in Texas.

I HEREBY DIRECT that a copy of this proclamation be filed in the office of the Secretary of State.



IN TESTIMONY WHEREOF, I have hereunto signed my name and have officially caused the Seal of State to be affixed at my office in the City of Austin, Texas, this the 18th day of November, 2025.

GREG ABBOTT  
Governor

ATTESTED BY:

JANE NELSON  
Secretary of State

FILED IN THE OFFICE OF THE  
SECRETARY OF STATE  
8:30AM O'CLOCK

NOV 18 2025