IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS TEXAS DALLAS FORT WORTH et al, <br><br> *Plaintiffs*, <br><br> vs. <br><br> ABBOTT et al., <br><br> *Defendants*. | CASE No.: 1:25-cv-01878-ADA |

## PLAINTIFF CAIR TEXAS'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Council on American-Islamic Relations Texas ("CAIR Texas") states that it is a non-profit organization with no parent organization, and no publicly held corporation owns more than 10% of its stock.

Respectfully submitted this 2nd day of January, 2025.

*/s/ Chelsea G. Glover*
Chelsea G. Glover
Bar No. 24097738
Charles D. Swift
Bar No. 24091964
Jinan Chehade
*Admission Pending*

Muslim Legal Fund of America
100 N. Central Expy. Suite 1010
Richardson, Texas 75080
Tel: (972) 914-2507; Fax (972) 692-7454
cglover@clcma.org
cswift@clcma.org
jinan.chehade@mlfa.org

Lena F. Masri
Bar No. P73461
Gadeir Abbas
Bar No. 81161

CAIR Legal Defense Fund
453 New Jersey Ave. SE
Washington, DC 20003
T: (202) 488-8787
lfmasri@cair.com
gabbas@cair.com

*Attorneys for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I, Chelsea Glover, certify that I have served the foregoing document via email to the following counsel of record:

Trevor W. Ezell
Office of the Governor of Texas
General Counsel
trevor.ezell@gov.texas.gov
Attorney for Defendant Greg Abbott

Monroe David Bryant, Jr.
Alexia Kristin Baker
Munera Al-Fuhaid
Texas Attorney General's Office
Special Litigation Division
david.bryant@oag.texas.gov
alexia.baker@oag.texas.gov
munera.al-fuhaid@oag.texas.gov
Attorneys for Defendant Ken Paxton

/s/ *Chelsea Glover*
Chelsea Glover

2