AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| See Attached. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-01878-ADA |
| Abbott et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Council on American-Islamic Relations Texas Dallas Fort Worth et al.

Date: 01/23/2026

*Jinan Chehade*
*Attorney's signature*

Jinan Chehade IL Bar No. 6345527
*Printed name and bar number*

100 N. Central Expy. Suite 1010
Richardson, Texas 75080

*Address*

jinan.chehade@mlfa.org
*E-mail address*

(972) 914-2507
*Telephone number*

(972) 692-7454
*FAX number*

**Attachment for Appearance of Counsel**

**Plaintiffs**

COUNCIL ON AMERICAN-ISLAMIC RELATIONS TEXAS DALLAS FORT WORTH, COUNCIL ON AMERICAN-ISLAMIC RELATIONS AUSTIN TEXAS, and COUNCIL ON AMERICAN-ISLAMIC RELATIONS TEXAS