IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS TEXAS DALLAS FORT WORTH, COUNCIL ON AMERICAN-ISLAMIC RELATIONS AUSTIN TEXAS, AND COUNCIL ON AMERICAN-ISLAMIC RELATIONS TEXAS, <br><br> *Plaintiffs,* <br><br> v. <br><br> GOVERNOR GREG ABBOTT, IN HIS OFFICIAL CAPACITY; AND ATTORNEY GENERAL KEN PAXTON, IN HIS OFFICIAL CAPACITY, <br><br> *Defendants.* | CASE NO. 1:25-CV-01878-ADA |

**SCHEDULING ORDER TO RESOLVE
PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

The parties submit this joint motion for a scheduling order to resolve Plaintiffs' motion for a preliminary injunction. On January 22, 2026, Plaintiffs filed their motion for a preliminary injunction (ECF No. 30). On January 29, Defendants served their requests for production relating to Plaintiffs' motion. The parties have conferred and propose the following discovery and briefing schedule:

- Plaintiffs will serve any objections to Defendants' requests for production relating to Plaintiffs' preliminary-injunction motion by February 10, 2026.[1]

- Plaintiffs will complete their document production in response to Defendants' requests for production relating to Plaintiffs' preliminary-injunction motion by February 13, 2026.

- Defendants will serve deposition notices for Plaintiffs' corporate designees by February 20, 2026.

---

[1] Any discovery disputes will be resolved on an expedited basis so as not to interfere with the timely resolution of the motion for preliminary injunction.

- The depositions of Plaintiffs' corporate designees will be completed by March 6, 2026.

- Defendants' responses to Plaintiffs' motion for a preliminary injunction will be filed on March 13, 2026.

- Plaintiffs' reply in support of their motion for a preliminary injunction will be filed on March 20, 2026.

Having reviewed the parties' proposal, the Court finds that good cause exists to adopt it.

**IT IS THEREFORE ORDERED** that the parties' Joint Motion For Scheduling Order To Resolve Plaintiffs' Motion For A Preliminary Injunction is **GRANTED**, and the parties' proposed schedule is **APPROVED**.

SIGNED this 5th day of February, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE