AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

Council on American-Islamic Relations Texas Dallas Fort Worth, et al
_____
*Plaintiff*
v.
Greg Abbott, et al
_____
*Defendant*

Case No.   1:25-cv-01878-ADA

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Greg Abbott, in his official capacity as Governor of Texas

Date:   02/19/2026

*Attorney's signature*

Jason T. Bramow    TX 24937319
*Printed name and bar number*

Office of the Governor of Texas
PO Box 12548
Austin, Texas 78701
*Address*

jason.bramow@gov.texas.gov
*E-mail address*

(512) 463-1788
*Telephone number*

(512) 463-1932
*FAX number*

### Certificate of Service

On February 20, 2026, this document was filed electronically through the Court's CM/ECF system, which automatically serves all counsel of record.

/s/ Jason T. Bramow
JASON T. BRAMOW