# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS TEXAS DALLAS FORT WORTH, COUNCIL ON AMERICAN-ISLAMIC RELATIONS AUSTIN TEXAS, AND COUNCIL ON AMERICAN-ISLAMIC RELATIONS TEXAS, *Plaintiffs,* v. GOVERNOR GREG ABBOTT, IN HIS OFFICIAL CAPACITY; AND ATTORNEY GENERAL KEN PAXTON, IN HIS OFFICIAL CAPACITY, *Defendants.* | CASE NO. 1:25-CV-01878-ADA |

## AMENDED SCHEDULING ORDER TO RESOLVE PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

The parties submit this joint motion to amend the Court's scheduling order to resolve Plaintiffs' motion for a preliminary injunction. Plaintiffs produced documents on February 13 but did not complete their production on that date. On February 19, Plaintiffs produced additional documents and represent that their production is complete. Defendants are reviewing Plaintiffs' production to determine what, if any, document discovery disputes remain. The parties have conferred and jointly propose the following amendments to the scheduling: order:

- Defendants will serve deposition notices for Plaintiffs' corporate designees by February 27, 2026.

- The depositions of Plaintiffs' corporate designees will be completed by March 13, 2026.

- Defendants' responses to Plaintiffs' motion for a preliminary injunction will be filed on March 20, 2026.

- Plaintiffs' reply in support of their motion for a preliminary injunction will be filed on March 27, 2026.

2

Having reviewed the parties' proposal, the Court finds that good cause exists to adopt it.

**IT IS THEREFORE ORDERED** that the parties' Joint Motion to Amend Scheduling Order To Resolve Plaintiffs' Motion For A Preliminary Injunction is **GRANTED**, and the parties' proposed schedule is **APPROVED**.

SIGNED this 26th day of February, 2026.

							_____
							ALAN D ALBRIGHT
							UNITED STATES DISTRICT JUDGE