IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS TEXAS DALLAS FORT WORTH, COUNCIL ON AMERICAN-ISLAMIC RELATIONS AUSTIN TEXAS, and COUNCIL ON AMERICAN-ISLAMIC RELATIONS TEXAS,<br><br>*Plaintiff,*<br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of Texas, and KEN PAXTON, in his official capacity as Attorney General of Texas,<br><br>*Defendants.* | Case No. 1:25-cv-01878-ADA |

**NOTICE OF JOINDER OF ATTORNEY GENERAL OF TEXAS IN GOVERNOR ABBOTT'S OPPOSITION IN PART TO PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER**

Defendant Ken Paxton, in his official capacity as Attorney General of Texas, opposes in part Plaintiffs Council on American-Islamic Relations Texas Dallas Fort Worth ("CAIR DFW"), Council on American-Islamic Relations Austin Texas ("CAIR Austin"), and Council on American-Islamic Relations Texas ("CAIR Texas") Opposed Motion for Entry of Confidentiality and Protective Order (ECF No. 34) and would show as follows:

1. The Attorney General joins in Governor Abbott's Opposition in Part to Plaintiffs' Motion for a Protective Order (ECF No. 39). The Attorney General fully agrees with the Governor's Opposition and adopts his reasoning by reference as if fully set forth herein.

2. The Court should grant in part and deny in part Plaintiffs' Motion and then enter a protective order that does not allow for an Attorney's Eyes Only designation. Instead, the Court should enter the protective order proposed by the Governor, which allows for a Confidential

1

designation, but not Attorney's Eyes Only. *See* ECF No. 39-1.

| | |
|---|---|
| Date: March 2, 2026 | Respectfully submitted, |
| **KEN PAXTON**<br>Attorney General | */s/ David Bryant*<br>**MONROE 'DAVID' BRYANT**<br>Attorney-in-Charge<br>Special Counsel<br>Tex. State Bar No. 03281500 |
| **BRENT WEBSTER**<br>First Assistant Attorney General | |
| **RALPH MOLINA**<br>Deputy First Assistant Attorney General | **MUNERA AL-FUHAID**<br>Special Counsel<br>Tex. State Bar No. 24094501 |
| **RYAN D. WALTERS**<br>Deputy Attorney General for Legal Strategy | |
| **RYAN G. KERCHER**<br>Chief, Special Litigation Division | **OFFICE OF THE ATTORNEY GENERAL OF TEXAS**<br>Special Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>David.Bryant@oag.texas.gov<br>Munera.Al-Fuhaid@oag.texas.gov |
| | **COUNSEL FOR INTERVENOR-DEFENDANT** |

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on March 2, 2026 and that all counsel of record were served by CM/ECF.

                                                  */s/ David Bryant*
                                                  **MONROE 'DAVID' BRYANT**