**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS TEXAS DALLAS FORT WORTH, COUNCIL ON AMERICAN-ISLAMIC RELATIONS AUSTIN TEXAS, and COUNCIL ON AMERICAN-ISLAMIC RELATIONS TEXAS, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of Texas, and KEN PAXTON, in his official capacity as Attorney General of Texas, <br><br> *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No. 1:25-cv-01878-ADA |

**ORDER GRANTING DEFENDANTS' MOTION TO COMPEL**

Before the Court is Defendants' motion to compel discovery into CAIR-Foundation, Inc., a/k/a "CAIR National." Because Plaintiffs in this action have "possession, custody, or control" of documents held by CAIR National, FED. R. CIV. P. 34(a)(1), Defendants' motion to compel is **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiffs must produce documents in possession, custody, or control of CAIR National.

SIGNED this 18th day of March, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1