**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

COUNCIL ON AMERICAN-ISLAMIC
RELATIONS TEXAS DALLAS FORT
WORTH AND COUNCIL ON
AMERICAN-ISLAMIC RELATIONS
AUSTIN TEXAS,

       *Plaintiffs,*

*v.*

GOVERNOR GREG ABBOTT, IN HIS
OFFICIAL CAPACITY; AND
ATTORNEY GENERAL KEN
PAXTON, IN HIS OFFICIAL
CAPACITY,

       *Defendants.*

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

CIVIL NO: 1:25-CV-01878-ADA

**ORDER GRANTING DEFENDANT GOVERNOR GREG ABBOTT'S MOTION TO
AMEND BRIEFING DEADLINES**

Before the Court is Defendant Governor Greg Abbott's Motion to stay the deadline for him to file a response to Plaintiffs' motion for a preliminary injunction. (Dkt. No. 44). The Motion was filed concurrently with a discovery dispute, wherein Defendant sought to compel discovery into CAIR-foundation, Inc., a/k/a/ "CAIR National." The Court granted Defendant's Motion to Compel. Dkt. No. 45. In light of this development, the Court agrees that more time will be necessary for Defendants to review newly produced information and respond to Plaintiffs' Motion for a Preliminary Injunction. Having considered the Motion, as well as Plaintiffs' competing proposed timeline in their Response (*see* Dkt. No. 48), and Defendant's Reply (Dkt. No. 49), the Court finds that the Motion should be **GRANTED** and Defendant's proposed amended schedule in their Reply should control.

IT IS THEREFORE ORDERED that the following schedule will govern:

**(1) On March 23, Defendants serve requests for production tailored to CAIR National along with proposed custodians and search terms;**

**(2) On March 30, Plaintiffs serve their responses and objections;**

**(3) On April 6, the parties present any remaining discovery disputes to the Court for resolution;**

**(4) On April 13, Plaintiffs complete their production;**

**(5) On April 17, Defendants file their brief in opposition to Plaintiffs' motion for a preliminary injunction; and**

**(6) On April 24, Plaintiffs file their reply brief in support of their motion for a preliminary injunction.**

**IT IS SO ORDERED.**

**SIGNED** on March 20, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE