**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS TEXAS DALLAS FORT WORTH, COUNCIL ON AMERICAN-ISLAMIC RELATIONS AUSTIN TEXAS, AND COUNCIL ON AMERICAN-ISLAMIC RELATIONS TEXAS, <br><br> *Plaintiffs,* <br><br> V. <br><br> GOVERNOR GREG ABBOTT, IN HIS OFFICIAL CAPACITY; AND ATTORNEY GENERAL KEN PAXTON, IN HIS OFFICIAL CAPACITY, <br><br> *Defendants.* | CASE NO. 1:25-CV-01878-ADA |

### AMENDED SCHEDULING ORDER

The Parties submitted a joint motion to amend the Court's scheduling order to resolve Plaintiffs' motion for a preliminary injunction. The Parties are conferring regarding their discovery disputes and need additional time to determine what, if any, disputes remain for the Court. Having reviewed the Parties' Joint Motion, the Court finds that good cause exists to adopt it. **IT IS THEREFORE ORDERED** that the parties' Joint Motion to Amend Scheduling Order is **GRANTED**, and the Parties' proposed schedule is **APPROVED**:

- On April 9, the Parties present any remaining discovery disputes to the Court for resolution;

- On April 16, Plaintiffs complete their production;

- On April 23, Defendants file their brief in opposition to Plaintiffs' motion for a preliminary injunction; and

- On April 30, Plaintiffs file their reply brief in support of their motion for a preliminary injunction.

2

SIGNED this 6th day of April, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

**2**