**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

|  |  |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS TEXAS DALLAS FORT WORTH, COUNCIL ON AMERICAN-ISLAMIC RELATIONS AUSTIN TEXAS, AND COUNCIL ON AMERICAN-ISLAMIC RELATIONS TEXAS,<br><br>*Plaintiffs,*<br>V.<br><br>GOVERNOR GREG ABBOTT, IN HIS OFFICIAL CAPACITY; AND ATTORNEY GENERAL KEN PAXTON, IN  HIS OFFICIAL CAPACITY,<br><br>*Defendants.* | CASE NO. 1:25-CV-01878-ADA |

### PLAINTIFFS' UNOPPOSED  STIPULATION TO AMEND SCHEDULING ORDER

Pursuant to Judge Albright's Standing Order Regarding Joint or Unopposed Request to Change Deadlines, Plaintiffs submit this unopposed stipulation to amend the Court's Amended Scheduling Order, ECF No. 52.  As stated in the Parties' previous motion, Defendant Abbott submitted modified search terms on April 3, 2026.  ECF No. 51.  Counsel for the Parties and CAIR National conferred regarding their positions on the modified terms, custodians, and temporal scope on Monday, April 6, 2026 and Wednesday, April 8, 2026.  The Parties continue to negotiate in good faith to resolve their discovery disputes without involving the Court.  To accomplish this goal and complete discovery, the Parties have conferred, and Plaintiffs stipulate that the upcoming deadlines in the Scheduling Order be modified as follows:

(1) On April 17, the Parties present any remaining discovery disputes to the Court for resolution;

(2) On May 4, Plaintiffs complete their production of documents;

(3) On May 22, Defendants file their brief in opposition to Plaintiffs' motion for a preliminary injunction; and

(4) On May 29, Plaintiffs file their reply brief in support of their motion for a preliminary

injunction.

The requested extension does not change any Court date or affect the Court's ability to hold a scheduled Court event. Counsel for Defendants do not oppose this request. For the foregoing reasons, Plaintiffs respectfully request that this Court enter the attached Scheduling Order in this case.

Date: April 9, 2026

*/s/ Chelsea G. Glover*
Chelsea G. Glover
Bar No. 24097738
Charles D. Swift
Bar No. 24091964
Jinan Chehade
IL Bar No. 6345527

Muslim Legal Fund of America
100 N. Central Expy. Suite 1010
Richardson, Texas 75080
Tel: (972) 914-2507; Fax (972) 692-7454
cglover@clcma.org
cswift@clcma.org
jinan.chehade@mlfa.org

Respectfully submitted.

Lena F. Masri
MI Bar No. P73461
Gadeir Abbas
IL Bar No. 81161

CAIR Legal Defense Fund
453 New Jersey Ave. SE
Washington, DC 20003
T: (202) 488-8787
lmasri@cair.com
gabbas@cair.com

**Counsel for Plaintiffs**