**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

COUNCIL ON AMERICAN-ISLAMIC RELATIONS
TEXAS DALLAS FORT WORTH, COUNCIL
ON AMERICAN-ISLAMIC RELATIONS
AUSTIN TEXAS, AND COUNCIL ON
AMERICAN-ISLAMIC RELATIONS TEXAS,

*Plaintiffs,*

V.

GOVERNOR GREG ABBOTT, IN HIS OFFICIAL
CAPACITY; AND ATTORNEY GENERAL KEN
PAXTON, IN  HIS OFFICIAL CAPACITY,

*Defendants.*

CASE NO.  1:25-CV-01878-ADA

**[PROPOSED] SECOND AMENDED SCHEDULING ORDER**

Plaintiffs submitted an unopposed stipulation to amend the Court's scheduling order to resolve Plaintiffs' motion for a preliminary injunction. The Parties continue to confer regarding their discovery disputes and need additional time to determine what, if any, disputes remain for the Court. Having reviewed Plaintiffs' Unopposed Stipulation, the Court finds that good cause exists to adopt it. **IT IS THEREFORE ORDERED** that the Unopposed Stipulation to Amend Scheduling Order is **GRANTED**, and the Parties' proposed schedule is **APPROVED**:

- On April 17, the Parties present any remaining discovery disputes to the Court for resolution;

- On May 4, Plaintiffs complete their production;

- On May 22, Defendants file their brief in opposition to Plaintiffs' motion for a preliminary injunction; and

- On May 29, Plaintiffs file their reply brief in support of their motion for a preliminary injunction.

2

SIGNED this ____ day of _____, 2026.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE