**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC ) RELATIONS TEXAS DALLAS FORT WORTH, ) COUNCIL ON AMERICAN-ISLAMIC ) RELATIONS AUSTIN TEXAS, and COUNCIL ) ON AMERICAN-ISLAMIC RELATIONS ) TEXAS, ) )      *Plaintiffs*, )    v. ) ) GOVERNOR GREG ABBOTT, in his official ) capacity, and ATTORNEY GENERAL KEN ) PAXTON, in his official capacity, ) )      *Defendants.* ) ) | Case No. 1:25-cv-01878-ADA |

**[PROPOSED] ORDER GRANTING NON-PARTY CAIR FOUNDATION,**
<u>**INC.'S MOTION FOR PROTECTIVE ORDER**</u>

On this day the Court considered nonparty CAIR-Foundation, Inc., d/b/a Council on American-Islamic Relations' (the "Foundation") Motion for Protective Order (the "Motion"). After considering the Motion, any responses and replies thereto, and the argument of counsel, if any, the Court **GRANTS** the Motion.

It is hereby **ORDERED** that the Foundation will produce documents per the parameters below by May 8, 2026. Each "Ordered Action" is preceded by the Request for Production from Governor Abbott's or Attorney General Paxton's discovery requests to which the Ordered Action applies:

**Governor Abbott's RFP No. 2:**

Produce documents sufficient to determine the identities of CAIR National's donors who donated $5,000 or more in total, whether in one donation or several, over the past ten years. The term "donation" includes direct or indirect payments, purchase of tangible or nontangible goods or services, grants, tithes, or contributions of anything of value to CAIR or its directors for any reason. The term "donor" includes any person, entity, or government. This request includes donors to the CAIR Action Network, Inc. and the Washington Trust Foundation. See Council on American-Islamic Relations, 2024 Form 990, Schedule R, Pt. II INTERNAL REVENUE SERVICE (listing CAIR National as Washington Trust Foundation's "[d]irect controlling entity"). Documents with the names of donors redacted are insufficient to determine the identity of the donor.

**Ordered Action for Governor Abbott's RFP No. 2:** The Foundation will produce the names of any foreign donor who donated $15,000 or more to the Foundation in any single year from January 1, 2023, to January 1, 2026.

**Governor Abbott's RFP No. 3:**

Produce documents sufficient to identify all recipients of donations of $1,000 or greater from CAIR National, CAIR Action Network, Inc., and the Washington Trust Foundation over the past ten years.

**Ordered Action for Governor Abbott's RFP No. 3:** Defendant Abbott will provide the identity of 15 entities or persons they are interested in by April 22, 2026. The Foundation will produce any donation the identified entities or individuals have made over $7,500 from January1, 2023, to January 1, 2026.

2

**Governor Abbott's RFP No. 4:**

Produce all communications and documents relating to, referring to, soliciting, or indicating receipt of funds in the last ten years from any source, whether private or public, on behalf of CAIR National, CAIR Foundation, its affiliate chapters, CAIR Action Network, Inc., the Washington Trust Foundation, or any other entity controlled by CAIR.

**Ordered Action for Governor Abbott's RFP No. 4:** Defendant Abbott will provide 10 tailored search terms by April 22, 2026.  The Foundation will provide a hit count by April 25, 2026.  If the hit count results in a reasonable number, the Foundation will produce all responsive documents for the last two years.  If not, the parties will confer to narrow on April 27, 2026.

**Governor Abbott's RFP No. 5:**

Produce all documents relating to any trip made by Nihad Awad, Edward Mitchell, or Ibrahim Hooper to any foreign country.

**Ordered Action for Governor Abbott's RFP No. 5:** The Foundation will produce Mr. Awad's business travel itineraries to Egypt, Gaza, Iran, Jordan, Lebanon, Qatar, Saudi Arabia, Turkey, and UAE from January 1, 2023 to January 1, 2026.

3

**<u>Governor Abbott's RFP Nos. 8, 9, 10, 11, 12, and 14</u>:**

**RFP No. 8:** Produce all documents and communications concerning or relating to terrorism, terrorist organizations, or other illegal activities.

**RFP No. 9:** Produce all documents and communications that reference Nihad Awad's comments on November 24, 2023, at the American Muslims for Palestine convention or the White House's decision to sever ties with CAIR over those comments. See Peter Barker, White House Disavows U.S. Islamic Group After Leader's Oct. 7 Remarks, NEW YORK TIMES (Dec. 8, 2023), (https://perma.cc/V9GF-DMR5).

**RFP No. 10:** Produce all documents and communications with or concerning the individuals and entities listed in Attachment A regarding Request for Production No. 10.

**RFP No. 11:** Produce all documents and communications concerning CAIR National's relationship with Intuitive Solutions, LLC.

**RFP No. 12:** Produce all documents and communications with individuals employed by the Washington Trust Foundation.

**RFP No. 14:** Produce all documents and communications related to Governor Abbott's November 18, 2025, proclamation designating the Muslim Brotherhood and CAIR as Foreign Terrorist and Transnational Criminal Organizations. See ECF No. 1-2.

**<u>Ordered Action for Governor Abbott's RFP Nos. 8, 9, 10, 11, 12, and 14:</u>** Defendant Abbott will provide 10 tailored search terms by April 22, 2026 to be run across four custodians (Nihad Awad, Omar Ali, Ibrahim Hooper, and Edward Mitchell) over the prior two years. The Foundation will provide a hit count by April 25, 2026. If the hit count results in a reasonable number, the Foundation will produce all responsive documents for the last two years. If not, the parties will confer to narrow on April 27, 2026.

**Attorney General Paxton's RFP No. 4:**

> Produce every document or communication evidencing or referring to any alleged threats of enforcement action, potential actions, actions, statements, or communications in the last four years by or on behalf of Defendant Ken Paxton (or any agents, employees, representatives, or persons in active concert or participation with him) relating to CAIR National (or its agents, employees, or representatives).

**Ordered Action for Attorney General Paxton's RFP No. 4:** The Foundation will perform a reasonably diligent search limited to documents or communications by Attorney General Paxton relating to the threat of enforcement of the Proclamation from January 1, 2025, to present and produce responsive documents.

**Attorney General Paxton's RFP No. 5:**

> Produce every document or communication relating to or referring to the Proclamation dated November 18, 2025, by Governor Greg Abbott referred to in the First Amended Complaint, or any actual, alleged, or potential effects of such Proclamation on CAIR National.

**Ordered Action for Attorney General Paxton's RFP No. 5:** The Foundation will perform a reasonably diligent search limited to documents and communications by Governor Abbott relating to the Proclamation from January 1, 2025 and produce responsive documents.

**Attorney General Paxton's RFP No. 6:**

> Produce every document or communication since January 1, 2025, transmitted by any means to, from, or referring or relating to any person whom you know or believe to be a member of or otherwise affiliated with the Muslim Brotherhood, Hamas, or the Palestine Liberation Organization.

**Ordered Action for Attorney General Paxton's RFP No. 6:** The Foundation will perform a reasonably diligent search and produce any communication with a person it actually knows to be a member of the Muslim Brotherhood, Hamas, or the Palestine Liberation Organization for the last two years.

**Attorney General Paxton's RFP No. 9:**

Produce all documents sufficient to identify all of CAIR National's donors who have donated $5,000 or more since January 1, 2022 who are foreign nationals or domiciled in a foreign country.

**Ordered Action for Attorney General Paxton's RFP No. 9:** The Foundation will produce the names of any foreign donor who donated $15,000 or more in any single year from January 1, 2023, to January 1, 2026.

**Attorney General Paxton's RFP No. 10:**

Produce all documents and communications referencing terrorism or terrorist activities. Search terms include:

- o "Hamas"
- o "Muslim Brotherhood"
- o "Martyr"
- o "Palestine Liberation Organization"
- o "Yahya"
- o "Sinwar"
- o "Tsmail"
- o "Haniyeh"
- o "Ghassan"
- o "Elashi"
- o "Holy Land Foundation"
- o "October 7" or "7 October" or "Oct 7" or "7 Oct"
- o "Al-Aqsa"
- o "Flood"
- o "Jihad"

**Ordered Action for Attorney General Paxton's RFP No. 10:** The Foundation will perform a reasonably diligence search and produce responsive documents for a two-year time period beginning in 2023 based on four custodians identified by Defendant Paxton.

It is further **ORDERED** that Defendants will pay the costs associated with the collection and production.

6

Entered this _____ day of _____, 2026,

_____
Presiding U.S. District Court Judge