**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **COUNCIL ON AMERICAN-ISLAMIC RELATIONS TEXAS DALLAS FORT WORTH AND COUNCIL ON AMERICAN-ISLAMIC RELATIONS AUSTIN TEXAS,** | § §§§§§§§§ | |
| *Plaintiff,* | §§§ | |
| *v.* | § § | **CIVIL NO: 1:25-CV-01878-ADA** |
| **GOVERNOR GREG ABBOTT, IN HIS OFFICIAL CAPACITY; AND ATTORNEY GENERAL KEN PAXTON, IN HIS OFFICIAL CAPACITY,** | §§§§§§§ | |
| *Defendants.* | § | |

**ORDER SETTING HEARING**

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **DISCOVERY DISPUTE HEARING** on **Wednesday, April 22, 2026, at 4:00 PM**. The hearing will take place in Courtroom 5, on the 6th Floor, United States Courthouse, 501 West 5th Street, Austin, TX.

**SIGNED** on April 20, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE