**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS TEXAS DALLAS FORT WORTH, COUNCIL ON AMERICAN-ISLAMIC RELATIONS AUSTIN TEXAS, and COUNCIL ON AMERICAN-ISLAMIC RELATIONS TEXAS, <br><br> *Plaintiffs*, <br><br> v. <br><br> GOVERNOR GREG ABBOTT, in his official capacity, and ATTORNEY GENERAL KEN PAXTON, in his official capacity, <br><br> *Defendants.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 1:25-cv-01878-ADA |

**ORDER GRANTING IN PART AND DENYING IN PART CAIR
FOUNDATION, INC.'S MOTION FOR PROTECTIVE ORDER, GOVERNOR
GREG ABBOTT'S MOTION TO COMPEL, AND ATTORNEY GENERAL
<u>KEN PAXTON'S MOTION TO COMPEL</u>**

On this day the Court considered "Nonparty CAIR-Foundation, Inc.'s Motion for Protective Order," Defendant Governor Greg Abbott's Motion to Compel, and Defendant Attorney General Ken Paxton's Motion to Compel (the "Motions"). After considering the Motions, any responses and replies thereto, and the argument of counsel, if any, the Court **GRANTS** the Motions in part and **DENIES** them in part, as further detailed below and as agreed by the parties.

The following is hereby **ORDERED** regarding the discovery requests propounded by Governor Abbott and Attorney General Paxton on March 23, 2026**.** Each "Ordered Action" is preceded by the Request for Production from Governor Abbott's or Attorney General Paxton's discovery requests to which the Ordered Action applies:

1

**Governor Abbott's RFP No. 2:**

Produce documents sufficient to determine the identities of CAIR National's donors who donated $5,000 or more in total, whether in one donation or several, over the past ten years. The term "donation" includes direct or indirect payments, purchase of tangible or nontangible goods or services, grants, tithes, or contributions of anything of value to CAIR or its directors for any reason. The term "donor" includes any person, entity, or government. This request includes donors to the CAIR Action Network, Inc. and the Washington Trust Foundation. See Council on American-Islamic Relations, 2024 Form 990, Schedule R, Pt. II INTERNAL REVENUE SERVICE (listing CAIR National as Washington Trust Foundation's "[d]irect controlling entity"). Documents with the names of donors redacted are insufficient to determine the identity of the donor.

**Ordered Action for Governor Abbott's RFP No. 2:** CAIR-Foundation, Inc. (the "Foundation," which is referred to in the discovery requests and in prior court orders as "CAIR National") will produce documents sufficient to identify the identities of any foreign donor who has given donations, as defined in the RFP, of $5,000 or more to the Foundation or the Washington Trust Foundation in any single year from January 1, 2021, through December 31, 2024.

**Governor Abbott's RFP No. 3:**

Produce documents sufficient to identify all recipients of donations of $1,000 or greater from CAIR National, CAIR Action Network, Inc., and the Washington Trust Foundation over the past ten years.

**Ordered Action for Governor Abbott's RFP No. 3:** The Foundation will produce documents sufficient to identify the identities of any donee to whom the Foundation or the Washington Trust Foundation has given donations, as defined above, of $2,500 or more in any single year from January 1, 2021, through December 31, 2024.

**Governor Abbott's RFP No. 4:**

Produce all communications and documents relating to, referring to, soliciting, or indicating receipt of funds in the last ten years from any source, whether private or public, on behalf of CAIR National, CAIR Foundation, its affiliate chapters, CAIR Action Network, Inc., the Washington Trust Foundation, or any other entity controlled by CAIR.

**Ordered Action for Governor Abbott's RFP No. 4:** The Foundation will perform a reasonably diligent search and produce any documents and communications regarding solicitation or receipt of funds on behalf of the Foundation or the Washington Trust Foundation from any foreign source from January 1, 2021, through December 31, 2024.

**Governor Abbott's RFP No. 5:**

Produce all documents relating to any trip made by Nihad Awad, Edward Mitchell, or Ibrahim Hooper to any foreign country.

**Ordered Action for Governor Abbott's RFP No. 5:** The Foundation will perform a reasonably diligent search and produce documents sufficient to identify the itineraries for Mr. Awad (including his dates of travel, meetings in which he participated, and the identity of individuals with whom he met) for trips to Egypt, Gaza, Iran, Jordan, Lebanon, Qatar, Saudi Arabia, Turkey, and the UAE during which he met with individuals regarding operations or funding of the Foundation, the Washington Trust Foundation, Hamas, or the Muslim Brotherhood from October 1, 2019, through September 30, 2023.

**Governor Abbott's RFP Nos. 8, 9, 10, 11, 12, and 14:**

**RFP No. 8:** Produce all documents and communications concerning or relating to terrorism, terrorist organizations, or other illegal activities.

**RFP No. 9:** Produce all documents and communications that reference Nihad Awad's comments on November 24, 2023, at the American Muslims for Palestine convention or the White House's decision to sever ties with CAIR over those comments. See Peter Barker, White House Disavows U.S. Islamic Group After Leader's Oct. 7 Remarks, NEW YORK TIMES (Dec. 8, 2023), (https://perma.cc/V9GF-DMR5).

**RFP No. 10:** Produce all documents and communications with or concerning the individuals and entities listed in Attachment A regarding Request for Production No. 10.

**RFP No. 11:** Produce all documents and communications concerning CAIR National's relationship with Intuitive Solutions, LLC.

**RFP No. 12:** Produce all documents and communications with individuals employed by the Washington Trust Foundation.

**RFP No. 14:** Produce all documents and communications related to Governor Abbott's November 18, 2025, proclamation designating the Muslim Brotherhood and CAIR as Foreign Terrorist and Transnational Criminal Organizations. See ECF No. 1-2.

**<u>Ordered Action for Governor Abbott's RFP Nos. 8, 9, 10, 11, 12, and 14:</u>** The Foundation will provide Governor Abbott with a term-by-term hit count for the terms and timeframes listed in Dkt. 55-7 by Friday, May 1, 2026. The Foundation and Governor Abbott will then confer promptly to agree on and/or consider narrowing the search parameters.

**<u>Attorney General Paxton's RFP No. 4</u>:**

Produce every document or communication evidencing or referring to any alleged threats of enforcement action, potential actions, actions, statements, or communications in the last four years by or on behalf of Defendant Ken Paxton (or any agents, employees, representatives, or persons in active concert or participation with him) relating to CAIR National (or its agents, employees, or representatives).

**<u>Ordered Action for Attorney General Paxton's RFP No. 4:</u>** The Foundation will perform a reasonably diligent search limited to documents or communications by Attorney General Paxton relating to the threat of enforcement of the Proclamation from January 1, 2025, to present and produce responsive documents.

**<u>Attorney General Paxton's RFP No. 5</u>:**

Produce every document or communication relating to or referring to the Proclamation dated November 18, 2025, by Governor Greg Abbott referred to in the First Amended Complaint, or any actual, alleged, or potential effects of such Proclamation on CAIR National.

**<u>Ordered Action for Attorney General Paxton's RFP No. 5:</u>** The Foundation will perform a reasonably diligent search limited to documents and communications by Governor Abbott relating to the Proclamation from January 1, 2025 and produce responsive documents.

4

**<u>Attorney General Paxton's RFP No. 6</u>:**

Produce every document or communication since January 1, 2025, transmitted by any means to, from, or referring or relating to any person whom you know or believe to be a member of or otherwise affiliated with the Muslim Brotherhood, Hamas, or the Palestine Liberation Organization.

**<u>Ordered Action for Attorney General Paxton's RFP No. 6:</u>** The Foundation will perform a reasonably diligent search and produce any communication since January 1, 2025 with or referring to a person it actually knows to be a member of the Muslim Brotherhood, Hamas, or the Palestine Liberation Organization.

**<u>Attorney General Paxton's RFP No. 9</u>:**

Produce all documents sufficient to identify all of CAIR National's donors who have donated $5,000 or more since January 1, 2022 who are foreign nationals or domiciled in a foreign country.

**<u>Ordered Action for Attorney General Paxton's RFP No. 9:</u>** The Foundation will produce the names of any foreign donor who donated $5,000 or more in any single year between January 1, 2021 and December 31, 2024.

**<u>Attorney General Paxton's RFP No. 10</u>:**

Produce all documents and communications referencing terrorism or terrorist activities. Search terms include:

- o "Hamas"
- o "Muslim Brotherhood"
- o "Martyr"
- o "Palestine Liberation Organization"
- o "Yahya"
- o "Sinwar"
- o "Ismail"
- o "Haniyeh"
- o "Ghassan"
- o "Elashi"
- o "Holy Land Foundation"
- o "October 7" or "7 October" or "Oct 7" or "7 Oct"
- o "Al-Aqsa"

- o "Flood"
- o "Jihad"

**Ordered Action for Attorney General Paxton's RFP No. 10:** The Foundation will provide Attorney General Paxton with a term-by-term hit count for the terms listed in Dkt. 55-5 at page 40 by Friday, May 8, 2026. The Foundation and Attorney General Paxton will then confer promptly to agree on and/or narrow the search parameters.

It is further **ORDERED** that the May 4 deadline set forth in Dkt. 54 for Plaintiffs and the Foundation to complete their production, as ordered in Dkt. 45, is altered as follows. Plaintiffs and the Foundation shall produce the documents covered by Abbott's RFPs 1, 2, and 3 and Paxton's RFPs 1 and 9 by May 15, 2026. Plaintiffs and the Foundation shall begin searching for documents covered by Abbott's RFPs 4 and 5 and Paxton's RFPs 4, 5, and 6, and by May 15, 2026, the parties shall propose a deadline for Plaintiffs and the Foundation to complete production related to those RFPs. The parties shall promptly confer regarding the search-term RFPs and present to the Court any disputes over those RFPs by May 15, 2026. The parties shall also submit a revised briefing schedule on May 15, 2026.

It is further **ORDERED** that the Foundation's motion for Defendants to pay the costs associated with the collection and production is **DENIED without prejudice** to the Foundation moving for this relief again in future.

Entered this 6th day of May, 2026,

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE