# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

COUNCIL ON AMERICAN-ISLAMIC RELATIONS
TEXAS DALLAS FORT WORTH AND COUNCIL
ON AMERICAN-ISLAMIC RELATIONS AUSTIN
TEXAS,

     *Plaintiffs,*

v.

GOVERNOR GREG ABBOTT, IN HIS OFFICIAL
CAPACITY; AND ATTORNEY GENERAL KEN
PAXTON, IN HIS OFFICIAL CAPACITY,

     *Defendants.*

CASE NO. 1:25-CV-01878-ADA

## UNOPPOSED MOTION TO WITHDRAW COUNSEL

Defendant, Attorney General Ken Paxton, in his official capacity as Attorney General of Texas, by and through the Office of the Attorney General of Texas, hereby files this Unopposed Motion to Withdraw Munera Al-Fuhaid as counsel of record in this matter.

Defendant will continue to be represented by co-counsel listed below and respectfully requests that Ms. Al-Fuhaid be withdrawn as counsel of record in this matter. This withdrawal is unopposed and will not delay any proceedings.

Date: May 13, 2026

KEN PAXTON
Attorney General

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

ROB FARQUHARSON
Deputy Attorney General for Legal Strategy

RYAN G. KERCHER
Chief, Special Litigation Division
Texas Bar No. 24060998

Respectfully submitted.

DAVID BRYANT
Senior Special Counsel
Attorney-in-Charge
Texas State Bar No. 03281500

/s/ *Munera Al-Fuhaid*
MUNERA AL-FUHAID
Special Counsel
Texas State Bar No. 24094501

ALEXIA K. BAKER
Assistant Attorney General
Tex. State Bar No. 24149596

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
david.bryant@oag.texas.gov
munera.al-fuhaid@oag.texas.gov
alexia.baker@oag.texas.gov

COUNSEL FOR THE DEFENDANT PAXTON

### CERTIFICATE OF CONFERENCE

I hereby certify that on May 13, 2026, Defendant Paxton's counsel conferred by electronic mail with all counsel of record; none is unopposed to this Motion.

/s/ *Munera Al-Fuhaid*
MUNERA AL-FUHAID

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on May 13, 2026 and that all counsel of record were served by CM/ECF.

/s/ *Munera Al-Fuhaid*
MUNERA AL-FUHAID