Outlook

---

**RE: Council on American-Islamic Relations Texas Dallas Fort Worth v. Abbott, No. 1:25-cv-1878 (W.D. Tex.)**

---

**From** David Bryant <David.Bryant@oag.texas.gov>

**Date** Fri 5/22/2026 12:02 PM

**To** Nicholas Petree <npetree@azalaw.com>; Brad Larson <blarson@cooperkirk.com>; Sara Fatima Dhanji <sdhanji@azalaw.com>; Chelsea Glover <cglover@clcma.org>

**Cc** Charlie Swift <cswift@clcma.org>; Jinan Chehade <jinan.chehade@mlfa.org>; Lena F. Masri, Esq. <lmasri@cair.com>; Gadeir Abbas <gabbas@cair.com>; Alexia Baker <Alexia.Baker@oag.texas.gov>; Trevor Ezell <trevor.ezell@gov.texas.gov>; Jason Bramow <jason.bramow@gov.texas.gov>; Caleb Gunnels <caleb.gunnels@gov.texas.gov>; Chuck Cooper <ccooper@cooperkirk.com>; Bonnie Freymuth <Bonnie.Freymuth@oag.texas.gov>; Anders Huizenga <ahuizenga@azalaw.com>; Shahmeer Halepota <shalepota@AZALAW.COM>; John Ramer <jramer@cooperkirk.com>; Mimi Marziani <mmarziani@msgpllc.com>; Beth Stevens <bstevens@msgpllc.com>; Joaquin Gonzalez <jgonzalez@msgpllc.com>; Collin Kennedy <cdk@hanshawkennedy.com>

Nick, Attorney General Paxton respectfully declines Plaintiffs' proposals.

David Bryant

---

**From:** Nicholas Petree <npetree@azalaw.com>
**Sent:** Friday, May 22, 2026 10:49 AM
**To:** Brad Larson <blarson@cooperkirk.com>; Sara Fatima Dhanji <sdhanji@azalaw.com>; Chelsea Glover <cglover@clcma.org>; David Bryant <David.Bryant@oag.texas.gov>
**Cc:** Charlie Swift <cswift@clcma.org>; Jinan Chehade <jinan.chehade@mlfa.org>; Lena F. Masri, Esq. <lmasri@cair.com>; Gadeir Abbas <gabbas@cair.com>; Alexia Baker <Alexia.Baker@oag.texas.gov>; Trevor Ezell <trevor.ezell@gov.texas.gov>; Jason Bramow <jason.bramow@gov.texas.gov>; Caleb Gunnels <caleb.gunnels@gov.texas.gov>; Chuck Cooper <ccooper@cooperkirk.com>; Bonnie Freymuth <Bonnie.Freymuth@oag.texas.gov>; Anders Huizenga <ahuizenga@azalaw.com>; Shahmeer Halepota <shalepota@AZALAW.COM>; John Ramer <jramer@cooperkirk.com>; Mimi Marziani <mmarziani@msgpllc.com>; Beth Stevens <bstevens@msgpllc.com>; Joaquin Gonzalez <jgonzalez@msgpllc.com>; Collin Kennedy <cdk@hanshawkennedy.com>
**Subject:** Re: Council on American-Islamic Relations Texas Dallas Fort Worth v. Abbott, No. 1:25-cv-1878 (W.D. Tex.)

Brad - your refusal to discuss with us is noted. Thanks.

We have not received any responses from AG Paxton's counsel concerning any of our latest proposals either. As we've noted several times, the burden on our client is cumulative of responding to both Defendants' requests. Governor Abbott's discovery requests cannot be considered in isolation.

Thanks,

**Nick Petree**
713-600-4920
1221 McKinney, Suite 2500
Houston, Texas 77010
**AZALAW.COM**

Halepota Ex. No.

1

**From:** Brad Larson <blarson@cooperkirk.com>
**Sent:** Friday, May 22, 2026 10:23 AM
**To:** Sara Fatima Dhanji <sdhanji@azalaw.com>; Chelsea Glover <cglover@clcma.org>; David Bryant <David.Bryant@oag.texas.gov>
**Cc:** Charlie Swift <cswift@clcma.org>; Jinan Chehade <jinan.chehade@mlfa.org>; Lena F. Masri, Esq. <lmasri@cair.com>; Nicholas Petree <npetree@azalaw.com>; Gadeir Abbas <gabbas@cair.com>; Alexia Baker <Alexia.Baker@oag.texas.gov>; Trevor Ezell <trevor.ezell@gov.texas.gov>; Jason Bramow <jason.bramow@gov.texas.gov>; Caleb Gunnels <caleb.gunnels@gov.texas.gov>; Chuck Cooper <ccooper@cooperkirk.com>; Bonnie Freymuth <Bonnie.Freymuth@oag.texas.gov>; Anders Huizenga <ahuizenga@azalaw.com>; Shahmeer Halepota <shalepota@AZALAW.COM>; John Ramer <jramer@cooperkirk.com>; Mimi Marziani <mmarziani@msgpllc.com>; Beth Stevens <bstevens@msgpllc.com>; Joaquin Gonzalez <jgonzalez@msgpllc.com>; Collin Kennedy <cdk@hanshawkennedy.com>
**Subject:** Re: Council on American-Islamic Relations Texas Dallas Fort Worth v. Abbott, No. 1:25-cv-1878 (W.D. Tex.)

Sara,

Thank you for your proposal, which we have considered. The Court's discussion of the four-year timeframe at the hearing you cite referred to the manual document pulls—as the order reflects, ECF No. 64. The burden associated with the search terms, however, turns on the volume of documents to be reviewed, not a time limitation. The volume of documents that result from the Governor's search terms and timeframes is reasonable, and we see no basis for narrowing the terms or timeframes—which is why the Governor filed a motion to compel. We therefore do not believe the call that you have unilaterally scheduled on the day Plaintiffs' response brief is due will be fruitful.

Best,
Brad

---

**From:** Sara Fatima Dhanji <sdhanji@azalaw.com>
**Sent:** Friday, May 22, 2026 8:46 AM
**To:** Brad Larson <blarson@cooperkirk.com>; Chelsea Glover <cglover@clcma.org>; David Bryant <David.Bryant@oag.texas.gov>
**Cc:** Charlie Swift <cswift@clcma.org>; Jinan Chehade <jinan.chehade@mlfa.org>; Lena F. Masri, Esq. <lmasri@cair.com>; Nicholas Petree <npetree@azalaw.com>; Gadeir Abbas <gabbas@cair.com>; Alexia Baker <Alexia.Baker@oag.texas.gov>; Trevor Ezell <trevor.ezell@gov.texas.gov>; Jason Bramow <jason.bramow@gov.texas.gov>; Caleb Gunnels <caleb.gunnels@gov.texas.gov>; Chuck Cooper <ccooper@cooperkirk.com>; Bonnie Freymuth <Bonnie.Freymuth@oag.texas.gov>; Anders Huizenga <ahuizenga@azalaw.com>; Shahmeer Halepota <shalepota@AZALAW.COM>; John Ramer <jramer@cooperkirk.com>; Mimi Marziani <mmarziani@msgpllc.com>; Beth Stevens <bstevens@msgpllc.com>; Joaquin Gonzalez <jgonzalez@msgpllc.com>; Collin Kennedy <cdk@hanshawkennedy.com>
**Subject:** Re: Council on American-Islamic Relations Texas Dallas Fort Worth v. Abbott, No. 1:25-cv-1878 (W.D. Tex.)

Caution: External Email

Counsel,

We propose utilizing the most recent search terms sent by y'all but narrowing the time frame to a four-year period from January 1, 2022 to December 31, 2025. The four-year range would be in line with the Court's

direction during the April 22 hearing on what would be a reasonable time frame. *See* Hr'g Tr. 24, 28-30, 33, April 22, 2026.

Please let us know if you agree to this; we're also sending an invite for 11 am CT/12 pm ET.

Thank you,
Sara

--

Sara Fatima Dhanji
(346) 809-2903

---

**From:** Brad Larson <blarson@cooperkirk.com>
**Sent:** Thursday, May 21, 2026 5:54 PM
**To:** Chelsea Glover <cglover@clcma.org>; Sara Fatima Dhanji <sdhanji@azalaw.com>; David Bryant <David.Bryant@oag.texas.gov>; Munera Al-Fuhaid <Munera.Al-Fuhaid@oag.texas.gov>
**Cc:** Charlie Swift <cswift@clcma.org>; Jinan Chehade <jinan.chehade@mlfa.org>; Lena F. Masri, Esq. <lmasri@cair.com>; Nicholas Petree <npetree@azalaw.com>; Gadeir Abbas <gabbas@cair.com>; Alexia Baker <Alexia.Baker@oag.texas.gov>; Trevor Ezell <trevor.ezell@gov.texas.gov>; Jason Bramow <jason.bramow@gov.texas.gov>; Caleb Gunnels <caleb.gunnels@gov.texas.gov>; Chuck Cooper <ccooper@cooperkirk.com>; Bonnie Freymuth <Bonnie.Freymuth@oag.texas.gov>; Anders Huizenga <ahuizenga@azalaw.com>; Shahmeer Halepota <shalepota@AZALAW.COM>; John Ramer <jramer@cooperkirk.com>; Mimi Marziani <mmarziani@msgpllc.com>; Beth Stevens <bstevens@msgpllc.com>; Joaquin Gonzalez <jgonzalez@msgpllc.com>; Collin Kennedy <cdk@hanshawkennedy.com>
**Subject:** Re: Council on American-Islamic Relations Texas Dallas Fort Worth v. Abbott, No. 1:25-cv-1878 (W.D. Tex.)

Sara,

Thank you for reaching out. If you have a compromise proposal with respect to the Governor's motion to compel, please send it in writing so that we may consider it.

Best,

Brad

---

**From:** Chelsea Glover <cglover@clcma.org>
**Sent:** Thursday, May 21, 2026 6:15 PM
**To:** Sara Fatima Dhanji <sdhanji@azalaw.com>; David Bryant <David.Bryant@oag.texas.gov>; Brad Larson <blarson@cooperkirk.com>; Munera Al-Fuhaid <Munera.Al-Fuhaid@oag.texas.gov>
**Cc:** Charlie Swift <cswift@clcma.org>; Jinan Chehade <jinan.chehade@mlfa.org>; Lena F. Masri, Esq. <lmasri@cair.com>; Nicholas Petree <npetree@azalaw.com>; Gadeir Abbas <gabbas@cair.com>; Alexia Baker <Alexia.Baker@oag.texas.gov>; Trevor Ezell <trevor.ezell@gov.texas.gov>; Jason Bramow <jason.bramow@gov.texas.gov>; Caleb Gunnels <caleb.gunnels@gov.texas.gov>; Chuck Cooper <ccooper@cooperkirk.com>; Bonnie Freymuth <Bonnie.Freymuth@oag.texas.gov>; Anders Huizenga <ahuizenga@azalaw.com>; Shahmeer Halepota <shalepota@AZALAW.COM>; John Ramer <jramer@cooperkirk.com>; Mimi Marziani <mmarziani@msgpllc.com>; Beth Stevens <bstevens@msgpllc.com>; Joaquin Gonzalez <jgonzalez@msgpllc.com>; Collin Kennedy <cdk@hanshawkennedy.com>
**Subject:** Re: Council on American-Islamic Relations Texas Dallas Fort Worth v. Abbott, No. 1:25-cv-1878 (W.D. Tex.)

Caution: External Email

Thanks, Sara. Plaintiffs are available at that time.



**Chelsea Glover**

Civil Litigation Senior Staff Attorney

**Muslim Legal Fund of America (MLFA)**

The Constitutional Law Center for Muslims in America (CLCMA)

is the legal division of MLFA

100 N. Central Expy, Suite 1010, Richardson, TX 75080

Phone: (972) 914-2507 (main)

Email: chelsea.glover@mlfa.org | cglover@clcma.org

Website: https://mlfa.org/











*IMPORTANT*: *Emails to clients of this office presumptively and normally contain confidential and privileged material for the sole use of the intended recipient. Emails to non-clients are normally confidential and may be privileged. The use, distribution, transmittal or re-transmittal by an unintended recipient of any communication is prohibited without our express approval in writing or by email. Any use, distribution, transmittal or re-transmittal by persons who are not intended recipients of this email may be a violation of law and is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.*

---

**From:** Sara Fatima Dhanji <sdhanji@azalaw.com>
**Sent:** Thursday, May 21, 2026 4:11 PM
**To:** David Bryant <David.Bryant@oag.texas.gov>; Brad Larson <blarson@cooperkirk.com>; Chelsea Glover <cglover@clcma.org>; Munera Al-Fuhaid <Munera.Al-Fuhaid@oag.texas.gov>
**Cc:** Charlie Swift <cswift@clcma.org>; Jinan Chehade <jinan.chehade@mlfa.org>; Lena F. Masri, Esq. <lmasri@cair.com>; Nicholas Petree <npetree@azalaw.com>; Gadeir Abbas <gabbas@cair.com>; Alexia Baker <Alexia.Baker@oag.texas.gov>; Trevor Ezell <trevor.ezell@gov.texas.gov>; Jason Bramow <jason.bramow@gov.texas.gov>; Caleb Gunnels <caleb.gunnels@gov.texas.gov>; Chuck Cooper <ccooper@cooperkirk.com>; Bonnie Freymuth <Bonnie.Freymuth@oag.texas.gov>; Anders Huizenga <ahuizenga@azalaw.com>; Shahmeer Halepota <shalepota@AZALAW.COM>; John Ramer <jramer@cooperkirk.com>; Mimi Marziani <mmarziani@msgpllc.com>; Beth Stevens <bstevens@msgpllc.com>; Joaquin Gonzalez <jgonzalez@msgpllc.com>; Collin Kennedy <cdk@hanshawkennedy.com>
**Subject:** Re: Council on American-Islamic Relations Texas Dallas Fort Worth v. Abbott, No. 1:25-cv-1878 (W.D. Tex.)

Counsel,

Would you be available to confer tomorrow at 11 am CT/12pm ET on the search terms? We'd like to see if we can come to an agreement on this issue.

Thank you,
Sara


--

Sara Fatima Dhanji

(346) 809-2903

---

**From:** David Bryant <David.Bryant@oag.texas.gov>
**Sent:** Thursday, May 21, 2026 3:29 PM
**To:** Brad Larson <blarson@cooperkirk.com>; Sara Fatima Dhanji <sdhanji@azalaw.com>; Chelsea Glover <cglover@clcma.org>; Munera Al-Fuhaid <Munera.Al-Fuhaid@oag.texas.gov>
**Cc:** Charlie Swift <cswift@clcma.org>; Jinan Chehade <jinan.chehade@mlfa.org>; Lena F. Masri, Esq. <lmasri@cair.com>; Nicholas Petree <npetree@azalaw.com>; Gadeir Abbas <gabbas@cair.com>; Alexia Baker <Alexia.Baker@oag.texas.gov>; Trevor Ezell <trevor.ezell@gov.texas.gov>; Jason Bramow <jason.bramow@gov.texas.gov>; Caleb Gunnels <caleb.gunnels@gov.texas.gov>; Chuck Cooper <ccooper@cooperkirk.com>; Bonnie Freymuth <Bonnie.Freymuth@oag.texas.gov>; Anders Huizenga

<ahuizenga@azalaw.com>; Shahmeer Halepota <shalepota@AZALAW.COM>; John Ramer <jramer@cooperkirk.com>; Mimi Marziani <mmarziani@msgpllc.com>; Beth Stevens <bstevens@msgpllc.com>; Joaquin Gonzalez <jgonzalez@msgpllc.com>; Collin Kennedy <cdk@hanshawkennedy.com>
**Subject:** RE: Council on American-Islamic Relations Texas Dallas Fort Worth v. Abbott, No. 1:25-cv-1878 (W.D. Tex.)

Attorney General Paxton also reserves his rights under Paragraph 1 of the protective order to challenge any such designations.

David Bryant

---

**From:** Brad Larson <blarson@cooperkirk.com>
**Sent:** Thursday, May 21, 2026 3:19 PM
**To:** Sara Fatima Dhanji <sdhanji@azalaw.com>; Chelsea Glover <cglover@clcma.org>; Munera Al-Fuhaid <Munera.Al-Fuhaid@oag.texas.gov>
**Cc:** Charlie Swift <cswift@clcma.org>; Jinan Chehade <jinan.chehade@mlfa.org>; Lena F. Masri, Esq. <lmasri@cair.com>; Nicholas Petree <npetree@azalaw.com>; Gadeir Abbas <gabbas@cair.com>; Alexia Baker <Alexia.Baker@oag.texas.gov>; Trevor Ezell <trevor.ezell@gov.texas.gov>; Jason Bramow <jason.bramow@gov.texas.gov>; Caleb Gunnels <caleb.gunnels@gov.texas.gov>; Chuck Cooper <ccooper@cooperkirk.com>; David Bryant <David.Bryant@oag.texas.gov>; Bonnie Freymuth <Bonnie.Freymuth@oag.texas.gov>; Anders Huizenga <ahuizenga@azalaw.com>; Shahmeer Halepota <shalepota@AZALAW.COM>; John Ramer <jramer@cooperkirk.com>; Mimi Marziani <mmarziani@msgpllc.com>; Beth Stevens <bstevens@msgpllc.com>; Joaquin Gonzalez <jgonzalez@msgpllc.com>; Collin Kennedy <cdk@hanshawkennedy.com>
**Subject:** Re: Council on American-Islamic Relations Texas Dallas Fort Worth v. Abbott, No. 1:25-cv-1878 (W.D. Tex.)

Counsel,

At this time, we are not challenging any information in the sealed filing that was designated as "confidential." We reserve our right under paragraph 11 of the protective order, however, to challenge such designations at a later time. We additionally note that we have doubts about whether much of this information is properly sealable under the relevant legal standard for sealing court documents, which is a separate question from whether the documents are properly labelled as "confidential" under the protective order. But we are likewise not seeking to unseal this information at this time, while reserving our right to do so at a later date.

Best,

Brad

---

**From:** Sara Fatima Dhanji <sdhanji@azalaw.com>
**Sent:** Wednesday, May 20, 2026 11:05 PM
**To:** Brad Larson <blarson@cooperkirk.com>; Chelsea Glover <cglover@clcma.org>; Munera Al-Fuhaid <Munera.Al-Fuhaid@oag.texas.gov>

**Cc:** Charlie Swift <cswift@clcma.org>; Jinan Chehade <jinan.chehade@mlfa.org>; Lena F. Masri, Esq. <lmasri@cair.com>; Nicholas Petree <npetree@azalaw.com>; Gadeir Abbas <gabbas@cair.com>; Alexia Baker <Alexia.Baker@oag.texas.gov>; Trevor Ezell <trevor.ezell@gov.texas.gov>; Jason Bramow <jason.bramow@gov.texas.gov>; Caleb Gunnels <caleb.gunnels@gov.texas.gov>; Chuck Cooper <ccooper@cooperkirk.com>; David Bryant <David.Bryant@oag.texas.gov>; Bonnie Freymuth <Bonnie.Freymuth@oag.texas.gov>; Anders Huizenga <ahuizenga@azalaw.com>; Shahmeer Halepota <shalepota@AZALAW.COM>; John Ramer <jramer@cooperkirk.com>; Mimi Marziani <mmarziani@msgpllc.com>; Beth Stevens <bstevens@msgpllc.com>; Joaquin Gonzalez <jgonzalez@msgpllc.com>; Collin Kennedy <cdk@hanshawkennedy.com>
**Subject:** Re: Council on American-Islamic Relations Texas Dallas Fort Worth v. Abbott, No. 1:25-cv-1878 (W.D. Tex.)

Caution: External Email

Counsel,

We received your motion to seal, and we are unopposed to sealing the documents. Your motion indicates that Plaintiffs should justify to the Court the continued sealing of the documents. Pursuant to the protective order, the documents should remain sealed since they are marked confidential. If a party seeks to challenge the designation of confidential, paragraph 11 of the protective order provides direction on that process, including, initially, through informal communication. We have not received any indication that you challenge the designation. Is it your intent to do so?

Best,

Sara

--

Sara Fatima Dhanji

(346) 809-2903

---

**From:** Brad Larson <blarson@cooperkirk.com>
**Sent:** Friday, May 15, 2026 6:59 PM
**To:** Sara Fatima Dhanji <sdhanji@azalaw.com>; Chelsea Glover <cglover@clcma.org>; Munera Al-Fuhaid <Munera.Al-Fuhaid@oag.texas.gov>
**Cc:** Charlie Swift <cswift@clcma.org>; Jinan Chehade <jinan.chehade@mlfa.org>; Lena F. Masri, Esq. <lmasri@cair.com>; Nicholas Petree <npetree@azalaw.com>; Gadeir Abbas <gabbas@cair.com>; Alexia Baker

<Alexia.Baker@oag.texas.gov>; Trevor Ezell <trevor.ezell@gov.texas.gov>; Jason Bramow <jason.bramow@gov.texas.gov>; Caleb Gunnels <caleb.gunnels@gov.texas.gov>; Chuck Cooper <ccooper@cooperkirk.com>; David Bryant <David.Bryant@oag.texas.gov>; Bonnie Freymuth <Bonnie.Freymuth@oag.texas.gov>; Anders Huizenga <ahuizenga@azalaw.com>; Shahmeer Halepota <shalepota@AZALAW.COM>; John Ramer <jramer@cooperkirk.com>; Mimi Marziani <mmarziani@msgpllc.com>; Beth Stevens <bstevens@msgpllc.com>; Joaquin Gonzalez <jgonzalez@msgpllc.com>; Collin Kennedy <cdk@hanshawkennedy.com>

**Subject:** Re: Council on American-Islamic Relations Texas Dallas Fort Worth v. Abbott, No. 1:25-cv-1878 (W.D. Tex.)

Counsel,

See attached for the unredacted versions of our just-filed motion and accompanying documents. Have a nice weekend.

Best,

Brad

---

**From:** Brad Larson <blarson@cooperkirk.com>
**Sent:** Friday, May 15, 2026 5:55 PM
**To:** Sara Fatima Dhanji <sdhanji@azalaw.com>; Chelsea Glover <cglover@clcma.org>; Munera Al-Fuhaid <Munera.Al-Fuhaid@oag.texas.gov>
**Cc:** Charlie Swift <cswift@clcma.org>; Jinan Chehade <jinan.chehade@mlfa.org>; Lena F. Masri, Esq. <lmasri@cair.com>; Nicholas Petree <npetree@azalaw.com>; Gadeir Abbas <gabbas@cair.com>; Alexia Baker <Alexia.Baker@oag.texas.gov>; Trevor Ezell <trevor.ezell@gov.texas.gov>; Jason Bramow <jason.bramow@gov.texas.gov>; Caleb Gunnels <caleb.gunnels@gov.texas.gov>; Chuck Cooper <ccooper@cooperkirk.com>; David Bryant <David.Bryant@oag.texas.gov>; Bonnie Freymuth <Bonnie.Freymuth@oag.texas.gov>; Anders Huizenga <ahuizenga@azalaw.com>; Shahmeer Halepota <shalepota@AZALAW.COM>; John Ramer <jramer@cooperkirk.com>; Mimi Marziani <mmarziani@msgpllc.com>; Beth Stevens <bstevens@msgpllc.com>; Joaquin Gonzalez <jgonzalez@msgpllc.com>; Collin Kennedy <cdk@hanshawkennedy.com>
**Subject:** Re: Council on American-Islamic Relations Texas Dallas Fort Worth v. Abbott, No. 1:25-cv-1878 (W.D. Tex.)

Counsel,

Thank you for your response. We believe that your proposal is insufficient and that further negotiations would not bridge the gap between the parties. We thus intend to file a motion to compel production in line with our last email.

Best,

Brad

---

**From:** Sara Fatima Dhanji <sdhanji@azalaw.com>
**Sent:** Friday, May 15, 2026 4:52 PM
**To:** Chelsea Glover <cglover@clcma.org>; Brad Larson <blarson@cooperkirk.com>; Munera Al-Fuhaid <Munera.Al-Fuhaid@oag.texas.gov>
**Cc:** Charlie Swift <cswift@clcma.org>; Jinan Chehade <jinan.chehade@mlfa.org>; Lena F. Masri, Esq. <lmasri@cair.com>; Nicholas Petree <npetree@azalaw.com>; Gadeir Abbas <gabbas@cair.com>; Alexia Baker <Alexia.Baker@oag.texas.gov>; Trevor Ezell <trevor.ezell@gov.texas.gov>; Jason Bramow <jason.bramow@gov.texas.gov>; Caleb Gunnels <caleb.gunnels@gov.texas.gov>; Chuck Cooper <ccooper@cooperkirk.com>; David Bryant <David.Bryant@oag.texas.gov>; Bonnie Freymuth <Bonnie.Freymuth@oag.texas.gov>; Anders Huizenga <ahuizenga@azalaw.com>; Shahmeer Halepota <shalepota@AZALAW.COM>; John Ramer <jramer@cooperkirk.com>; Mimi Marziani <mmarziani@msgpllc.com>; Beth Stevens <bstevens@msgpllc.com>; Joaquin Gonzalez <jgonzalez@msgpllc.com>; Collin Kennedy <cdk@hanshawkennedy.com>
**Subject:** Re: Council on American-Islamic Relations Texas Dallas Fort Worth v. Abbott, No. 1:25-cv-1878 (W.D. Tex.)

Caution: External Email

Counsel:

Following up on my email below.

Thanks,

Sara

--

Sara Fatima Dhanji

(346) 809-2903

**From:** Sara Fatima Dhanji <sdhanji@azalaw.com>
**Sent:** Friday, May 15, 2026 11:32 AM
**To:** Chelsea Glover <cglover@clcma.org>; Brad Larson <blarson@cooperkirk.com>; Munera Al-Fuhaid <Munera.Al-Fuhaid@oag.texas.gov>
**Cc:** Charlie Swift <cswift@clcma.org>; Jinan Chehade <jinan.chehade@mlfa.org>; Lena F. Masri, Esq. <lmasri@cair.com>; Nicholas Petree <npetree@azalaw.com>; Gadeir Abbas <gabbas@cair.com>; Alexia Baker <Alexia.Baker@oag.texas.gov>; Trevor Ezell <trevor.ezell@gov.texas.gov>; Jason Bramow <jason.bramow@gov.texas.gov>; Caleb Gunnels <caleb.gunnels@gov.texas.gov>; Chuck Cooper <ccooper@cooperkirk.com>; David Bryant <David.Bryant@oag.texas.gov>; Bonnie Freymuth <Bonnie.Freymuth@oag.texas.gov>; Anders Huizenga <ahuizenga@azalaw.com>; Shahmeer Halepota <shalepota@AZALAW.COM>; John Ramer <jramer@cooperkirk.com>; Mimi Marziani <mmarziani@msgpllc.com>; Beth Stevens <bstevens@msgpllc.com>; Joaquin Gonzalez <jgonzalez@msgpllc.com>; Collin Kennedy <cdk@hanshawkennedy.com>
**Subject:** Re: Council on American-Islamic Relations Texas Dallas Fort Worth v. Abbott, No. 1:25-cv-1878 (W.D. Tex.)

Counsel:

Defendant Abbott's determination of reasonableness omits the documents the non-profit Foundation will also need to review from Defendant Paxton's searches.  The Foundation proposes the following edits to Defendants' search terms to reach a reasonable compromise, and will review the resulting hits for responsiveness:

- We will apply w/5 limiters on Governor Abbott's "Flood" and "Ismail" searches.
- We will run Governor Abbott's Martyr* term w/in 5 of (attack OR terror* OR success OR support OR oppress* OR /.*coloniz.*/ OR intifada OR occup* OR free* OR akbar OR praise OR jihad)
- We will run Attorney General Paxton's Jihad term w/in 5 of (support OR contrib* OR financ* OR donat* OR fund*)
- We will make the time period for all the searches save three January 1, 2023 to December 31, 2025. The three terms that would not have time period changes are Governor Abbott's Martyr*, "Flood" and "break! the siege" terms.

Please confirm you agree or agree to extend our deadline to discuss a resolution to COB Tuesday given we only received your updated hit counts yesterday.

Best,

Sara