**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **COUNCIL ON AMERICAN-ISLAMIC RELATIONS TEXAS DALLAS FORT WORTH AND COUNCIL ON AMERICAN-ISLAMIC RELATIONS AUSTIN TEXAS,** | § § § § § § § | |
| *Plaintiffs,* | § § | |
| *v.* | § § | **CIVIL NO: 1:25-CV-01878-ADA** |
| **GOVERNOR GREG ABBOTT, IN HIS OFFICIAL CAPACITY; AND ATTORNEY GENERAL KEN PAXTON, IN HIS OFFICIAL CAPACITY,** | § § § § § § § | |
| *Defendants.* | § | |

**ORDER GRANTING-IN-PART GOVERNOR ABBOTT'S
MOTION TO COMPEL PRODUCTION AND AMEND THE BRIEFING
SCHEDULE**

On this day the Court considered Governor Abbott's Motion to Compel Production and Amend the Briefing Schedule. Dkt. No. 71. After considering the Motion, Plaintiffs' Response (Dkt. No. 73), CAIR Foundation's Response (Dkt. No. 74), as well as the applicable law and record of the case, the Court **GRANTS** the Motion with respect to ordering production. Plaintiffs are hereby **ORDERED** to produce documents that contain the terms listed in Exhibit A to Governor Abbott's motion and are responsive to Abbott RFPs 8-12 or 14. *See* Dkt. No. 71-1.

With respect to Governor Abbott's proposed scheduling deadlines, the Court **DENIES** Governor Abbott's proposed production and briefing schedule. The Court orders that the following operative scheduling order controls:

- On June 12, Plaintiffs complete production of documents responsive to RFPs 4 & 5.

- On June 17, Plaintiffs complete production of documents responsive to Abbott RFPs 8-12 and 14.

- On July 1, Defendants file their response briefs in opposition to Plaintiffs' motion for a preliminary injunction; and

- On July 15, Plaintiffs file their reply brief in support of their motion for a preliminary injunction.

**IT IS SO ORDERED.**

**SIGNED** on May 27, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE