**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS TEXAS DALLAS FORT WORTH, COUNCIL ON AMERICAN-ISLAMIC RELATIONS AUSTIN TEXAS, and COUNCIL ON AMERICAN-ISLAMIC RELATIONS TEXAS, | ) ) ) ) ) ) ) | |
| *Plaintiffs*, | ) ) | Case No. 1:25-cv-01878-ADA |
| v. | ) ) | |
| GOVERNOR GREG ABBOTT, in his official capacity, and ATTORNEY GENERAL KEN PAXTON, in his official capacity, | ) ) ) ) | |
| *Defendants.* | ) | |

**[PROPOSED] ORDER GRANTING GOVERNOR ABBOTT'S
MOTION TO ENFORCE THIS COURT'S MAY 27 ORDER AND COMPEL
PRODUCTION**

On this day the Court considered Governor Abbott's Motion to Enforce this Court's May 27 Order and Compel Production. ECF No. 76. After considering the Motion and any responses and replies thereto, the Court **GRANTS** the Motion. Plaintiffs are hereby **ORDERED** to produce all documents that contain the terms listed in Exhibit A to Governor Abbott's motion to compel, *see* ECF No. 71-1, by Monday, June 29, 2026.

**IT IS FURTHER ORDERED** that the operative scheduling order be amended as follows:

- On July 8, Defendants will file their response briefs to Plaintiffs' motion for a preliminary injunction.

- On July 15, Plaintiffs file their reply brief in support of their motion for a preliminary injunction.

1

2

Entered this _____ day of _____, 2026,

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE

2