**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS ) | |
| TEXAS DALLAS FORT WORTH, COUNCIL ON ) | |
| AMERICAN-ISLAMIC RELATIONS AUSTIN ) | |
| TEXAS, and COUNCIL ON AMERICAN-ISLAMIC ) | |
| RELATIONS TEXAS, ) | |
| ) | |
| *Plaintiffs,* ) | Case No. 1:25-cv-01878-ADA |
| v. ) | |
| GOVERNOR GREG ABBOTT, in his official capacity, ) | |
| and ATTORNEY GENERAL KEN PAXTON, in his ) | |
| official capacity, ) | |
| ) | |
| *Defendants.* | |

**NON-PARTY CAIR FOUNDATION, INC.'S NOTICE TO COURT RELATED TO
GOVERNOR ABBOTT'S JUNE 25, 2026 NOTICE**

Non-party CAIR Foundation (the "Foundation") writes briefly to correct Defendant Governor Abbott's Notice filed earlier today. The Notice incorrectly states that the Foundation produced 1,559 documents "well after the Court's June 17th production deadline."

As the Foundation had previously made clear to the Defendants on at least two occasions, a supplemental production was planned for June 24 in response to Attorney General Paxton's requests for production, *not* Governor Abbott's requests. The Court's Order set the June 17 deadline only for "documents responsive to Abbott's RFPs 8-12 and 14." ECF No. 75 at 2. Attorney General Paxton never moved to compel this production, and there was no deadline set for it; however, to avoid the need for further court action, the Foundation voluntarily chose to respond to General Paxton's requests by June 24.

Further, the Notice's assertion that the Foundation "provided no explanation" for the June 24 production is also incorrect. In multiple communications before June 24, the Foundation advised Defendants' counsel that it intended to complete its production response to General

1

Paxton's requests, and to serve a privilege log by June 24. The Foundation did exactly that. Defendants thus knew in advance both why and when this production would come.

Governor Abbott filed his Notice without any attempt to seek clarity from the Foundation. The Foundation alerted the Governor's counsel about the issue and provided them an opportunity to correct and withdraw their notice. They have not responded.

This Notice is meant only to correct the Governor's Notice; the Foundation intends to respond to the Governor's June 22, 2026 Motion by this Monday, June 29, 2026, in accordance with this Court's rules.

Dated: June 25, 2026

Respectfully submitted,

*/s/ Shahmeer Halepota*
John Zavitsanos
State Bar No. 22251650
jzavitsanos@azalaw.com
Shahmeer Halepota
State Bar No. 24109968
shalepota@azalaw.com
Nicholas Petree
State Bar No. 24083657
npetree@azalaw.com
**AHMAD, ZAVITSANOS & MENSING, PLLC**
1221 McKinney St., Suite 2500
Houston, Texas 77010
Telephone: 713-600-4904 | Fax: 713-655-0062

**ATTORNEYS FOR NON-PARTY CAIR-FOUNDATION, INC.**

2

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was served on all counsel of record pursuant to the

Court's CM/ECF system on June 25, 2026.

/s/ Shahmeer Halepota
Shahmeer Halepota