**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS TEXAS DALLAS FORT WORTH, COUNCIL ON AMERICAN-ISLAMIC RELATIONS AUSTIN TEXAS, and COUNCIL ON AMERICAN-ISLAMIC RELATIONS TEXAS, | ) ) ) ) ) ) ) ) | |
| *Plaintiffs,* | ) ) | Case No. 1:25-cv-01878-ADA |
| v. | ) ) | |
| GOVERNOR GREG ABBOTT, in his official capacity, and ATTORNEY GENERAL KEN PAXTON, in his official capacity, | ) ) ) ) ) ) | |
| *Defendants.* | | |

**DECLARATION OF SARA FATIMA DHANJI**

I, Sara Fatima Dhanji, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am admitted pro hac vice to practice before the U.S. District Court for the Western District of Texas in this action. I am a senior attorney at the law firm Ahmad, Zavitsanos & Mensing PLLC, attorneys for non-party CAIR Foundation, Inc. (the "Foundation") in this matter. I am submitting this declaration in support of the Foundation's Response to Defendant Governor Abbott's Motion to Compel (Dkt. No. 76). I have personal knowledge of the facts set forth herein, or if so stated, I am informed and believe of their truth and accuracy and, if called to testify, I could and would do so competently and under oath.

1

2.      I have reviewed the statements made in the Response regarding the Foundation's document review and production process, including in the third through sixth paragraphs of the Background section. The facts contained therein are true and correct.

3.      Attached to this declaration as Exhibit 1 is a true and correct copy of a portion of the email exchange between counsel, including an email from Mr. John Ramer to Ms. Sara Fatima Dhanji et al., dated April 8, 2026.

4.      Attached to this declaration as Exhibits 2–10 and 15–18 are true and correct copies of documents contained in one or more of the custodial files of the four custodians that were selected by Governor Abbott.

5.      Attached to this declaration as Exhibits 11 to 14 are true and correct copies of the Washington Trust Foundation Inc's IRS Form 990 (without schedules) for 2018, 2020, 2022, and 2024, retrieved from ProPublica between June 26 and June 27, 2026.

6.      I declare under penalty of perjury that the foregoing is true and correct.

Executed in Houston, Texas, on the 29th day of June, 2026.


/s/ Sara Fatima Dhanji
Sara Fatima Dhanji

2