# EXHIBITS 1-18 (Submitted Under Seal)