**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **COUNCIL ON AMERICAN-ISLAMIC RELATIONS TEXAS DALLAS FORT WORTH AND COUNCIL ON AMERICAN-ISLAMIC RELATIONS AUSTIN TEXAS,** | § § § § § § § § | |
| *Plaintiffs,* | § § | |
| *v.* | § § § | **CIVIL NO: 1:25-CV-01878-ADA** |
| **GOVERNOR GREG ABBOTT, IN HIS OFFICIAL CAPACITY; AND ATTORNEY GENERAL KEN PAXTON, IN HIS OFFICIAL CAPACITY,** | § § § § § § § § | |
| *Defendants.* | § § | |

## ORDER SETTING HEARING

**IT IS HEREBY ORDERED** that the above-styled and numbered case is set for a Motion Hearing on Friday, July 10, 2026, at 10:00 AM CT on Zoom to address Defendant Abbott's Motion to Compel Production (Dkt. No. 76, unredacted version at Dkt. No. 87). The Zoom link will be sent by email.

**IT IS SO ORDERED.**

**SIGNED** on July 7, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE