### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

|  |  |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS TEXAS DALLAS FORT WORTH, COUNCIL ON AMERICAN-ISLAMIC RELATIONS AUSTIN TEXAS, AND COUNCIL ON AMERICAN-ISLAMIC RELATIONS TEXAS,<br><br>*Plaintiffs,*<br><br>v.<br><br>GOVERNOR GREG ABBOTT, IN HIS OFFICIAL CAPACITY; AND ATTORNEY GENERAL KEN PAXTON, IN HIS OFFICIAL CAPACITY,<br><br>*Defendants.* | CASE No. 1:25-CV-01878-ADA |

### [PROPOSED] ORDER WITHDRAWING MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs Council on American-Islamic Relations Texas Dallas Fort Worth ("CAIR DFW"), Council on American-Islamic Relations Austin Texas ("CAIR Austin"), and Council on American-Islamic Relations Texas ("CAIR Texas") (together "Plaintiffs") filed this Notice Withdrawing their Motion for Preliminary Injunction. **IT IS THEREFORE ORDERED** that Plaintiffs' Motion for Preliminary Injunction, Doc. 30, is hereby withdrawn from consideration by this Court.

SIGNED this _____ day of _____, 2026.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE