

Joaquin Gonzalez <jgonzalez@msgpllc.com>

# Production and request for position on future production (Council on American-Islamic Relations Texas Dallas Fort Worth v. Abbott, No. 1:25-cv-1878 (W.D. Tex.))

**Alexia Baker** <Alexia.Baker@oag.texas.gov>                                         Tue, Jul 21, 2026 at 1:56 PM
To: Joaquin Gonzalez <jgonzalez@msgpllc.com>
Cc: John Ramer <jramer@cooperkirk.com>, Nicholas Petree <npetree@azalaw.com>, David Bryant
<David.Bryant@oag.texas.gov>, Sara Fatima Dhanji <sdhanji@azalaw.com>, Charlie Swift <cswift@clcma.org>, Jinan
Chehade <jinan.chehade@mlfa.org>, "Lena F. Masri, Esq." <lmasri@cair.com>, Chelsea Glover <cglover@clcma.org>,
Gadeir Abbas <gabbas@cair.com>, Tamera Martinez <Tamera.Martinez@oag.texas.gov>, Trevor Ezell
<trevor.ezell@gov.texas.gov>, Jason Bramow <jason.bramow@gov.texas.gov>, Caleb Gunnels
<caleb.gunnels@gov.texas.gov>, Chuck Cooper <ccooper@cooperkirk.com>, Anders Huizenga <ahuizenga@azalaw.com>,
Shahmeer Halepota <shalepota@azalaw.com>, Mimi Marziani <mmarziani@msgpllc.com>, Beth Stevens
<bstevens@msgpllc.com>, Collin Kennedy <cdk@hanshawkennedy.com>, Rana Hakim <rana.hakim@mlfa.org>

Joaquin,

Thanks for your email. Attorney General Paxton does not agree to a stay of his pending motion to compel. We do not agree that the PI withdrawal moots the motion.

Best,

Alexia

---

**From:** Joaquin Gonzalez <jgonzalez@msgpllc.com>
**Sent:** Monday, July 20, 2026 6:41 PM
**To:** Chelsea Glover <cglover@clcma.org>
**Cc:** Alexia Baker <Alexia.Baker@oag.texas.gov>; John Ramer <jramer@cooperkirk.com>; Nicholas Petree <npetree@azalaw.com>; David Bryant <David.Bryant@oag.texas.gov>; Sara Fatima Dhanji <sdhanji@azalaw.com>; Charlie Swift <cswift@clcma.org>; Jinan Chehade <jinan.chehade@mlfa.org>; Lena F. Masri, Esq. <lmasri@cair.com>; Gadeir Abbas <gabbas@cair.com>; Tamera Martinez <Tamera.Martinez@oag.texas.gov>; Trevor Ezell <trevor.ezell@gov.texas.gov>; Jason Bramow <jason.bramow@gov.texas.gov>; Caleb Gunnels <caleb.gunnels@gov.texas.gov>; Chuck Cooper <ccooper@cooperkirk.com>; Anders Huizenga <ahuizenga@azalaw.com>; Shahmeer Halepota <shalepota@azalaw.com>; Mimi Marziani <mmarziani@msgpllc.com>; Beth Stevens <bstevens@msgpllc.com>; Collin Kennedy <cdk@hanshawkennedy.com>; Rana Hakim <rana.hakim@mlfa.org>
**Subject:** Re: Production and request for position on future production (Council on American-Islamic Relations Texas Dallas Fort Worth v. Abbott, No. 1:25-cv-1878 (W.D. Tex.))

Thank you all for your responses. Separate from Chelsea's email above:

Alexia, to clarify, do you also agree that the Attorney General's Motion to Compel is moot or otherwise should be stayed in light of the PI withdrawal? Assuming so, the Foundation can prepare a joint filing given we technically have a response due on Wednesday. Please let us know if that works and if there is anything particular you would like us to include in it. Thanks.

Best,

<table><tr><td>**Exhibit**<br>**1**</td></tr></table>

Joaquin Gonzalez

**CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED; ATTORNEY WORK PRODUCT:** Emails and attachments received from us may be protected by the attorney-client privilege, as attorney work-product or based on other privileges or provisions of law. If you are not an intended recipient of this email, do not read, copy, use, forward or disclose the email or any of its attachments to others. Instead, immediately notify the sender by replying to this email and then delete it from your system. We strictly prohibit any unauthorized disclosure, copying, distribution or use of emails or attachments sent by us.

On Mon, Jul 20, 2026 at 3:11 PM Chelsea Glover <cglover@clcma.org> wrote:

Counsel,

Plaintiffs cannot agree to stay discovery without knowing the grounds for your anticipated Rule 12(c) motion. Please let us know each of the bases on which the Governor intends to move for judgment on the pleadings, including the claims for which he asserts sovereign immunity.  Counsel for Attorney General Paxton, please also let us know whether you intend to join the Governor's Rule 12(c) motion.

Thanks,

Chelsea



**Chelsea Glover**
Civil Litigation Senior Staff Attorney

**Muslim Legal Fund of America (MLFA)**
The Constitutional Law Center for Muslims in America (CLCMA)
is the legal division of MLFA

100 N. Central Expy, Suite 1010, Richardson, TX 75080

Phone: (972) 914-2507 (main)
Email: chelsea.glover@mlfa.org | cglover@clcma.org
Website: https://mlfa.org/

*IMPORTANT: Emails to clients of this office presumptively and normally contain confidential and privileged material for the sole use of the intended recipient. Emails to non-clients are normally confidential and may be privileged. The use, distribution, transmittal or re-transmittal by an unintended recipient of any communication is prohibited without our express approval in writing or by email. Any use, distribution, transmittal or re-transmittal by persons who are not intended recipients of this email may be a violation of law and is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.*

---

**From:** Alexia Baker <Alexia.Baker@oag.texas.gov>
**Sent:** Monday, July 20, 2026 1:51 PM
**To:** John Ramer <jramer@cooperkirk.com>; Joaquin Gonzalez <jgonzalez@msgpllc.com>; Chelsea Glover <cglover@clcma.org>; Nicholas Petree <npetree@azalaw.com>; David Bryant <David.Bryant@oag.texas.gov>; Sara Fatima Dhanji <sdhanji@azalaw.com>; Charlie Swift <cswift@clcma.org>; Jinan Chehade <jinan.chehade@mlfa.org>; Lena F. Masri, Esq. <lmasri@cair.com>; Gadeir Abbas <gabbas@cair.com>; Tamera Martinez <Tamera.Martinez@oag.texas.gov>; Trevor Ezell <trevor.ezell@gov.texas.gov>; Jason Bramow <jason.bramow@gov.texas.gov>; Caleb Gunnels <caleb.gunnels@gov.texas.gov>; Chuck Cooper <ccooper@cooperkirk.com>; Anders Huizenga <ahuizenga@azalaw.com>; Shahmeer Halepota <shalepota@azalaw.com>; Mimi Marziani <mmarziani@msgpllc.com>; Beth Stevens <bstevens@msgpllc.com>; Collin Kennedy <cdk@hanshawkennedy.com>; Rana Hakim <rana.hakim@mlfa.org>
**Subject:** RE: Production and request for position on future production (Council on American-Islamic Relations Texas Dallas Fort Worth v. Abbott, No. 1:25-cv-1878 (W.D. Tex.))

Counsel,

Attorney General Paxton agrees to a stay of your remaining rolling productions.

We concur that the parties, for efficiency's sake, should defer any Rule 26(f) conference until the Court has ruled on Governor Abbott's motion for judgment on the pleadings.

Thank you.


Best,

Alexia


**Alexia K. Baker**

Assistant Attorney General | Special Litigation Division

Office of the Attorney General of Texas

209 W. 14th Street

Austin, TX 78711

512-936-2669

alexia.baker@oag.texas.gov

---

**From:** John Ramer <jramer@cooperkirk.com>
**Sent:** Monday, July 20, 2026 1:01 PM
**To:** Joaquin Gonzalez <jgonzalez@msgpllc.com>; Chelsea Glover <cglover@clcma.org>; Alexia Baker <Alexia.Baker@oag.texas.gov>; Nicholas Petree <npetree@azalaw.com>; David Bryant <David.Bryant@oag.texas.gov>; Sara Fatima Dhanji <sdhanji@azalaw.com>; Charlie Swift <cswift@clcma.org>; Jinan Chehade <jinan.chehade@mlfa.org>; Lena F. Masri, Esq. <lmasri@cair.com>; Gadeir Abbas <gabbas@cair.com>; Tamera Martinez <Tamera.Martinez@oag.texas.gov>; Trevor Ezell <trevor.ezell@gov.texas.gov>; Jason Bramow <jason.bramow@gov.texas.gov>; Caleb Gunnels <caleb.gunnels@gov.texas.gov>; Chuck Cooper <ccooper@cooperkirk.com>; Anders Huizenga <ahuizenga@azalaw.com>; Shahmeer Halepota <shalepota@azalaw.com>; Mimi Marziani <mmarziani@msgpllc.com>; Beth Stevens <bstevens@msgpllc.com>; Collin Kennedy <cdk@hanshawkennedy.com>; Rana Hakim <rana.hakim@mlfa.org>
**Subject:** RE: Production and request for position on future production (Council on American-Islamic Relations Texas Dallas Fort Worth v. Abbott, No. 1:25-cv-1878 (W.D. Tex.))


Counsel,


Thank you for your email. In light of the Court's order formally withdrawing your motion for a preliminary injunction, the Governor agrees to a stay of your production obligations. Separately, the Governor intends to move for judgment on the pleadings this week, including based on sovereign immunity. We think the most efficient path is therefore to await resolution of that forthcoming motion prior to holding a Rule 26(f) conference given that it could affect the parties and claims, if any, remaining in the litigation and thus the expected scope of discovery. If you agree, we can prepare a joint motion to that effect.

All the best,


John


John D. Ramer

COOPER & KIRK, PLLC

1523 New Hampshire Ave., NW

Washington, D.C. 20036

202.220.9621

---

**From:** Joaquin Gonzalez <jgonzalez@msgpllc.com>
**Sent:** Friday, July 17, 2026 6:12 PM
**To:** John Ramer <jramer@cooperkirk.com>; Chelsea Glover <cglover@clcma.org>; Alexia Baker <Alexia.Baker@oag.texas.gov>; Nicholas Petree <npetree@azalaw.com>; David Bryant <David.Bryant@oag.texas.gov>; Sara Fatima Dhanji <sdhanji@azalaw.com>; Charlie Swift <cswift@clcma.org>; Jinan Chehade <jinan.chehade@mlfa.org>; Lena F. Masri, Esq. <lmasri@cair.com>; Gadeir Abbas <gabbas@cair.com>; Tamera Martinez <Tamera.Martinez@oag.texas.gov>; Trevor Ezell <trevor.ezell@gov.texas.gov>; Jason Bramow <jason.bramow@gov.texas.gov>; Caleb Gunnels <caleb.gunnels@gov.texas.gov>; Chuck Cooper <ccooper@cooperkirk.com>; Anders Huizenga <ahuizenga@azalaw.com>; Shahmeer Halepota <shalepota@azalaw.com>; Mimi Marziani <mmarziani@msgpllc.com>; Beth Stevens <bstevens@msgpllc.com>; Collin Kennedy <cdk@hanshawkennedy.com>; Rana Hakim <rana.hakim@mlfa.org>
**Subject:** Production and request for position on future production (Council on American-Islamic Relations Texas Dallas Fort Worth v. Abbott, No. 1:25-cv-1878 (W.D. Tex.))


Caution: External Email

Counsel,


You can access non-party CAIR Foundation's production at the link below.  The production contains documents marked Confidential.

CFI_009354 -CFI_063568

https://app.everlaw.com/124363/dl/4574Y5BvEt7wJukIAISxQ6SKFYysqdcwg0BRdbstLdLl


We make today's production without waiving our objection to future rolling productions.


We write with a threshold issue about those productions. The current search-term discovery was permitted prior to a Rule 26(f) conference only because it related to Defendants' purported defenses to the preliminary injunction. Therefore, the "discovery is essentially moot" because "there is no longer a pending motion for preliminary injunction

and no preliminary injunction hearing scheduled." *Util. Constr. Services, L.L.C v. Walters*, No. 5:24-CV-115-DCB-ASH, 2025 WL 2557339, at *1 (S.D. Miss. Feb. 11, 2025).

With the motion withdrawn, the default of Rule 26(d)(1) controls and the parties "may not seek discovery from any source before the parties have conferred as required by Rule 26(f)."

Rather than burden the Court, we propose that the parties agree to stay the remaining rolling productions pending the Rule 26(f) conference, at which point discovery can proceed on a normal schedule. Nothing already produced would be affected.

**Please let us know by Monday at 2 p.m. Central whether you agree**. We are happy to discuss on a call if that is useful. If we cannot reach agreement, we will seek relief from the Court.

Best,

Joaquin Gonzalez

**CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED; ATTORNEY WORK PRODUCT:** Emails and attachments received from us may be protected by the attorney-client privilege, as attorney work-product or based on other privileges or provisions of law. If you are not an intended recipient of this email, do not read, copy, use, forward or disclose the email or any of its attachments to others. Instead, immediately notify the sender by replying to this email and then delete it from your system. We strictly prohibit any unauthorized disclosure, copying, distribution or use of emails or attachments sent by us.

NOTICE: This e-mail is from the law firm of Cooper & Kirk, PLLC ("C&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of C&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to C&K in reply that you expect to be held in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of C&K, you should maintain its contents in confidence in order to preserve any attorney-client or work product privilege that may be available to protect confidentiality.