**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS TEXAS DALLAS FORT WORTH; COUNCIL ON AMERICAN-ISLAMIC RELATIONS AUSTIN TEXAS; AND COUNCIL ON AMERICAN-ISLAMIC RELATIONS TEXAS, | |
| *Plaintiffs,* | CASE NO. 1:25-CV-01878-ADA |
| V. | |
| GOVERNOR GREG ABBOTT, IN HIS OFFICIAL CAPACITY; AND ATTORNEY GENERAL KEN PAXTON, IN HIS OFFICIAL CAPACITY, | |
| *Defendants.* | |

**[PROPOSED] ORDER GRANTING DEFENDANT PAXTON'S
MOTION FOR JUDGMENT ON THE PLEADINGS**

On this day, the Court considered Defendant Ken Paxton's Motion for Judgment on the Pleadings. After considering the pleadings and arguments of counsel, the Court finds the Motion should be granted.

The Court hereby **ORDERS** that Defendant Paxton's Motion for Judgment on the Pleadings is, in all things, **GRANTED**.

**SO ORDERED**.

SIGNED this_____ day of _____ 2026.

                                             ALAN D. ALBRIGHT
                             UNITED STATES DISTRICT JUDGE